MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN (State Bar No. 189268)
TERESA ALLEN (State Bar No. 264865)
BRIAN HAWKINSON (State Bar. No. 341856)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, California 94612
Telephone: (510) 452-5500
Facsimile:  (510) 452-5510
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIO GONZALEZ, Deceased, through his Successor in Interest, M.G.C., a minor through his mother and Next Friend Andrea Cortez, individually and as successor in interest for MARIO GONZALEZ, Deceased,<br><br>    Plaintiff,<br>vs.<br><br>CITY OF ALAMEDA, a public entity; FORMER CITY OF ALAMEDA INTERIM POLICE CHIEF RANDY FENN, in his individual and official capacities; ALAMEDA POLICE OFFICERS ERIC MCKINLEY, JAMES FISHER, and CAMERON LEAHY, and DOES 1-10, Jointly and Severally,<br><br>    Defendants. | Case No.: 4:21-cv-09733-DMR<br><br>**STIPULATION AND ORDER (AS MODIFIED) CONTINUING FURTHER CASE MANAGEMENT CONFERENCE** |

1  All parties, by and through their counsel of record, stipulate and hereby move this Court to
2  continue the Case Management Conference – currently scheduled for August 3, 2022 at 1:30 p.m. –
3  to August 24, 2022 at 1:30 p.m., or a later date that is amenable to the Court.
4  Good cause exists to grant the requested continuance:
5  On July 25, 2022, Defendants' counsel Pat Moriarty informed Plaintiff's counsel that the
6  City of Alameda has retained Greg Fox as counsel, and that Mr. Fox would be substituted in as
7  Defendants' counsel in the very near future.  Mr. Moriarty proposed requesting a continuance of
8  next week's CMC until August 24, 2022, to allow Mr. Fox time to be brought up to speed on the
9  case and enter a formal appearance.  The Parties agree that granting this continuance will provide
10  adequate time to facilitate that.
11  For the foregoing reasons, the Parties respectfully request that this Court enter an order
12  continuing the forthcoming Case Management Conference to August 24, at 1:30 p.m., or a later date
13  amenable to the Court.

16  DATED:  July 26, 2022                    HADDAD & SHERWIN LLP

18                                           /s/ Brian Hawkinson
19                                           BRIAN HAWKINSON
                                             Attorneys for Plaintiff

21  DATED:  July 26, 2022                    ALLEN GLAESSNER, HAZELWOOD & WERTH

23                                           /s/ Patrick D. Moriarty
24                                           PATRICK D. MORIARTY
                                             Attorneys for Defendants

No. 4:21-cv-09733-DMR:  STIP AND ORDER (AS MODIFIED) CONTINUING FURTHER CMC

**ORDER (AS MODIFIED)**

For good cause and pursuant to stipulation by the Parties, it is ordered that the Further Case Management Conference set for August 3, 2022 at 1:30 p.m. is continued to August 31, 2022 at 1:30 p.m. in Oakland, by Videoconference only.  Parties shall file an updated joint case management conference statement by August 24, 2022.

IT IS SO ORDERED AS MODIFIED.

Dated: July 27, 2022



_____
HON. DONNA M. RYU
United States Magistrate Judge

No. 4:21-cv-09733-DMR:  STIP AND ORDER (AS MODIFIED) CONTINUING FURTHER CMC