Gregory M. Fox, State Bar No. 070876
Joanne Tran, State Bar No. 294402
Thomas Ly, State Bar No. 333883
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Email:      gfox@bfesf.com
            jtran@bfesf.com
            tly@bfesf.com

Attorneys for Defendant
CITY OF ALAMEDA, RANDY FENN,
ERIC MCKINLEY, JAMES FISHER,
CAMERON LEAHY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO GONZALEZ, et al.,<br><br>      Plaintiff,<br><br>v.<br><br>CITY OF ALAMEDA, et al.,<br><br>      Defendants. | Case No. 4:21-cv-09733-DMR<br><br>**STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE; AS MODIFIED**<br><br><br><br>**Hon. Donna M. Ryu** |

The parties, acting by and through their attorneys of record, herein stipulate for an Order continuing the Case Management Conference (CMC) scheduled for August 31, 2022 to November 2, 2022. Good cause for the continuance is based on the following facts.  On or about August 5, 2022, the court granted the defendants, and each of them, requests that Gregory M. Fox and Bertrand, Fox, Elliot, Osman & Wenzel substitute in as attorney for the defendants. See Docket Nos. 44, 45, 46, 47 and 48. The parties had initially requested the "check in" CMC be continued to August 24th, 2022. This date was not allowed under the court's local rules and therefore the court on its own motion continued the case management

STIPULATION AND ORDER AS MODIFIED CONTINUING ASE MANGEMENT
CONFERENCE Case No.: 4:21-CV-09733-DMR

conference to August 31, 2022.  Mr. Fox will not be available on August 31, 2022, and thereafter not available through September 30, 2022.  Mr. Fox and his spouse depart on August 31, 2022, for London, England to commence a 31-day trip to Europe that had been repeatedly delayed: first by covid and then, second, because of Mr. Fox's ten-month medical leave of absence for cancer treatments. The parties have therefore met and conferred on a mutually convenient new date for the CMC.  Mr. Fox has also met and conferred with plaintiff's counsel in the related case of Arenales v. City of Alameda et al Case No. 3:22-cv-00718-DMR on a mutually convenient date for the continued CMC in both cases. Plaintiffs' Counsel in both cases have agreed with Mr. Fox that based on various calendar conflicts (and given the local rules) the next date convenient for all the parties to hold the CMC is November 2, 2022. If that date is convenient for the court, then the parties respectfully request the court order this stipulation.  A similar stipulation and proposed order will be filed in the Arenales related matter.

The Alameda defendants, and each of them will file their answer on or before the next CMC.

So stipulated:


Dated:  August 16, 2022                         BERTRAND, FOX, ELLIOT, OSMAN & WENZEL



By: _____/s/_____
    Gregory M. Fox
    Attorneys for Defendants
    CITY OF ALAMEDA et al

Dated:  August 16, 2022                         HADDAD & SHERWIN LLP



By: _____/s/_____
    Michael Haddad
     Julia Sherwin
    Attorneys for Plaintiffs


SIGNATURE ATTESTATION


I hereby attest that I have on file the digital consent of plaintiffs' counsel Haddad & Sherwin,

Michael Haddad and/or Julia Sherwin that that they have reviewed and approved the format and contents of this stipulation to continue CMC and authorized Mr. Fox to show their signature(s) as /s/. Gregory M. Fox

ORDER AS MODIFED

Good cause appearing the stipulation is SO ORDERED, the August 31, 2022, case management conference is continued to November 16, 2022. Joint status statement to be filed on or before November 9, 2022.

Dated: August 18, 2022                                    Northern District of California


By:_____
      Hon. Donna M. Ryu
      Magistrate Judge
      United States District Court

STIPULATION AND ORDER AS MODIFIED CONTINUING ASE MANGEMENT
CONFERENCE Case No.: 4:21-CV-09733-DMR