# EXHIBIT 4

Videotaped Deposition of

# Charlie Clemmons

February 22, 2023

Gonzalez

vs.

City of Alameda



www.aptusCR.com | 866.999.8310

Case 4:21-cv-09733-DMR   Document 76-4   Filed 05/09/23   Page 3 of 30   Gonzalez vs.
City of Alameda

Charlie Clemmons

**Page 1**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARIO GONZALEZ, Deceased, through his Successor in Interest, M.G.C., a minor through his mother and Next Friend Andrea Cortez, individually and as successor in interest for MARIO GONZALEZ, Deceased,

Plaintiffs,

vs.                                    Case No.
                                       4:21-cv-09733-DMR

CITY OF ALAMEDA, a public entity; FORMER CITY OF ALAMEDA INTERIM POLICE CHIEF RANDY FENN, in his individual and official capacities; ALAMEDA POLICE OFFICERS ERIC MCKINLEY, JAMES FISHER, and CAMERON LEAHY, and DOES 1-10, Jointly and Severally,

Defendants.
_____/

Related With: No. 22-cv-00718-DMR

EDITH ARENALES, Plaintiff,

vs.

CITY OF ALAMEDA, et al., Defendants.
_____/

VIDEO DEPOSITION OF CHARLIE CLEMMONS

Wednesday, February 22, 2023

In Oakland, California

REPORTED BY:

DEBRA J. SKAGGS, CSR 7857

JOB NO. 10115299

**Page 2**

APPEARANCES

FOR PLAINTIFFS:
    HADDAD & SHERWIN LLP
    BY: MICHAEL J. HADDAD, ATTORNEY AT LAW
        BRIAN HAWKINSON, ATTORNEY AT LAW
    505 Seventeenth Street
    Oakland, California 94612
    (510) 452-5500 Fax: (510) 452-5510

FOR DEFENDANTS:
    BERTRAND FOX ELLIOT OSMAN & WENZEL
    BY: GREGORY M. FOX, ATTORNEY AT LAW
        THOMAS LY, ATTORNEY AT LAW
    The Waterfront Building
    2749 Hyde Street
    San Francisco, California 94109
    (415) 353-0999 Fax: (415) 353-0990
    gfox@bfesf.com tly@bfesf.com

ALSO PRESENT:
    NEIL GEORG, Videographer, Aptus Court Reporting

REMOTE APPEARANCES

FOR PLAINTIFF IN THE RELATED ACTION:
    POINTER & BUELNA, LLP
    BY: PATRICK M. BUELNA, ATTORNEY AT LAW
        TY CLARKE, ATTORNEY AT LAW
    155 Filbert Street, Suite 208
    Oakland, California 94607
    pbuelna@lawyersftp.com tclarke@lawyersftp.com

FOR ALAMEDA POLICE DEPARTMENT:
    OFFICER CAMERON LEAHY
    OFFICER ERIC McKINLEY
    SERGEANT JEFFREY PARK
    LIEUTENANT ALAN KUBOMAYA

ZOOM HOST AND CO-HOST:
    IVANIA NAVARRETE, Haddad & Sherwin, LLP
    NEIL GEORG, Aptus Court Reporting
                --o0o--

**Page 3**

INDEX

                                           PAGE

PROCEEDINGS                                   4

EXAMINATION BY:

    Attorney Haddad                           5

                --o0o--

                EXHIBITS

PLAINTIFFS' EXHIBITS:                       PAGE

(None offered.)

                --o0o--

**Page 4**

---o0o---

BE IT REMEMBERED that, pursuant to Notice, on Wednesday, February 22, 2023, commencing at the hour of 1:33 P.M., thereof, as noticed by HADDAD & SHERWIN LLP, 505 Seventh Street, Oakland, California, was before me, DEBRA J. SKAGGS, CSR No. 7857, Certified Shorthand Reporter in and for the State of California.

--o0o--

PROCEEDINGS

THE VIDEOGRAPHER:  Good afternoon.

We are going on the record at 1:33 P.M., on February 22, 2023.  This is the deposition of Charlie Clemmons taken in the matter of Gonzalez, et al versus City of Alameda, et al.  Case number is 421-cv-09733-DMR.

My name is Neil Georg; I'm the videographer.  The court reporter is Debra Skaggs.  We are both representing Aptus Court Reporting.

Counsel, would you please identify yourself for the record.

ATTORNEY HADDAD:  Michael Haddad, along with Brian Hawkinson, for the Plaintiff, Little Mario Gonzalez and the estate.

ATTORNEY BUELNA:  Pat Buelna for Plaintiff Edith Arenalas.

Page 5

ATTORNEY FOX:  Greg Fox for the witness and the Alameda Defendants.

ATTORNEY LY:  Thomas Ly for the defense.

THE VIDEOGRAPHER:  Will the court reporter please swear in the witness.

CHARLIE CLEMMONS, produced as a witness herein in the above-entitled action, who, being by me first duly sworn or having affirmed, was thereupon examined and testified as a witness in said action.

--o0o--

EXAMINATION

BY ATTORNEY HADDAD:

Q.    All right.  Well, thanks again for coming here today, Mr. Clemmons.

Have you been deposed before?

A.    No -- well, I guess you would say kind of, I guess, when they did the interviews for us.  Not really deposed, but...

Q.    Okay.  This is a little bit more of a formal legal proceeding, and I think maybe the difference here is that you're under oath.

A.    Yes.

Q.    So this has the full force and effect of courtroom testimony, okay?

Page 6

A.    Okay.

Q.    Because there is no judge, there is no one to rule on any objections that might be made to any of my questions -- so that means that even if Mr. Fox objects to a question, you still have to answer unless he instructs you not to.  Okay?

A.    Yeah.

Q.    All right.  And then just as if you were in court, you and I have to try to avoid talking at the same time so our court reporter can write everything down.  All right?

A.    Yes.

Q.    She's going to write down a transcript of everything we say, and you'll have an opportunity to review that and make any changes or corrections to what -- any errors that you might see in the transcript.  Okay?

A.    Yes.

Q.    All right.  Have you reviewed anything to prepare for this deposition?

A.    Yes.

Q.    What have you reviewed?

A.    I reviewed all of the statements that I made, and stuff from -- with -- the interviews with, you know, the investigators --

Page 7

Q.    Uh-huh.

A.    -- and I reviewed the video.

Q.    Okay.  Which video did you look at?

A.    Just the one -- I believe it was Officer McKinley's.  I would -- yeah, I'm pretty sure it was Officer McKinley's.

Q.    Or was it a combined video that had them all --

A.    It --

Q.    -- put together --

ATTORNEY FOX:  Let him finish --

THE WITNESS:  Oh, I'm sorry.

ATTORNEY FOX:  -- and then start.

ATTORNEY HADDAD:  Q.  Or did you review a combined video that kind of put them all together on the same screen?

A.    It possibly was.  I don't recall any -- I looked at it, and it seemed like it was McKinley's.  And I don't recall seeing any of Fisher's, but possibly.

Q.    Okay.  Obviously you didn't have a video camera --

A.    No, no.

ATTORNEY FOX:  So you have to let him finish --

THE WITNESS:  I -- sorry.

Page 8

ATTORNEY FOX:  -- otherwise she gets mad.

THE WITNESS:  Kick me.

ATTORNEY FOX:  We don't want her to get mad.  I'm the one that kicks you.

ATTORNEY HADDAD:  Q.  How many statements did you give after this?

A.    Three.

Q.    So which ones?  First it was for the sheriff's office; right?

A.    Yes.

Q.    And then how many did you do for the Renne Law Firm?

A.    Just one, I believe.  And there was one for the County -- you know, for the DA or whatever it was that did the investigation.  Also --

Q.    So is that two or three?

A.    It would be three altogether, I guess.

The DA -- I believe they and the County were there together.

Q.    Uh-huh.

A.    And then we did one for the firm for the City.

Q.    So I'm just trying to clarify.

The first one included questioning from the DA's office and the sheriff's office --

A.    Right.

**Page 9**

Q.    -- but it was really just one interview.

A.    Yeah.

I'm sorry.

Q.    And then you did a second interview for investigators and lawyers from the Renne Law Firm; right?

A.    Yes.

Q.    There was not a third sit-down interview, was there?

A.    No.

Q.    When you gave your statements in those two interviews, you knew that each of those were important investigations; right?

A.    Yes.

Q.    And by then you knew that the person had died; right?

A.    Yes.

Q.    So you understood that it was important to give accurate information to those interviewers and investigators; right?

A.    Yes.

Q.    You knew it was important to be truthful in your answers; right?

A.    Yes.

Q.    And you knew it was important to give complete

**Page 10**

responses; to not leave anything out, right?

A.    Yes.

Q.    Having had a chance to review your interviews, did you notice that you gave any incorrect information?

A.    Not really that I could tell. I mean, everything seemed the best I could recollect, yes.

Q.    Okay. Seemed accurate?

A.    Yes.

Q.    Good.

And having read them again, did anything jump out at you as some important fact that you forgot to mention in either of those interviews?

A.    No, sir.

Q.    So you feel that you had an opportunity just to say what you saw and describe all the important factors in that event?

A.    Yes.

Q.    Good.

Let's talk a little bit about your history in Alameda. How long have you worked for the City of Alameda?

A.    A little over 20 years.

Q.    What was your first job for them?

A.    I was a Jailer.

Q.    When did you start that?

**Page 11**

A.    That was in -- let's see. I was 59 then, so it's -- 20 years? God. I don't know the exact date.

Q.    So you were age 59 when you started?

A.    Right.

Q.    How old are you now?

A.    I'll be 80 this year.

Q.    Okay.

ATTORNEY FOX:  Congratulations.

ATTORNEY HADDAD:  Q. So -- it's, like, almost -- are you still working for Alameda?

A.    Yes.

Q.    It's going to come up on 21 years, then; right?

A.    Right.

Q.    How long were you a jailer?

A.    Ten years.

Q.    And which jail was that for?

A.    Alameda. City of Alameda.

Q.    How many cells did they have -- or what was the average population around that time when you worked there?

A.    We have 12 cells -- actually 14 if you count holding. But usually we didn't fill it very often. I'd say average would be maybe six to eight. Because we -- being a City jail, you only keep 'em till the next day

**Page 12**

they go to court.

Q.    Why did Alameda, if you knew, maintain that jail instead of taking people to Santa Rita?

A.    Money-wise it's a real good move. It saves a lot of money.

Q.    To have their own jail?

A.    Oh, yeah. I wish they had it back; so do they.

Q.    Okay. So after about ten years as a jailer, did you go to a different job with the City?

A.    No. I retired for about nine months and then got bored, and they said "Come on back and just do this for a couple days."

Q.    And what was that?

A.    Doing parking. Originally it was just parking.

Q.    So what was your title as -- in parking?

A.    A Parking Tech.

Q.    How long have you had that job?

A.    It will be almost ten years now.

Q.    Yeah. About ten years.

Now, when you were a jailer, did they send you to some sort of training?

A.    Yeah. We had to go to a small academy for six weeks.

Page 13

Q. And that was basically just the basic kind of jail guard academy?

A. It's called "basic corrections," yeah.

Q. It didn't give you the credentials of a police officer, did it?

A. No.

Q. And you've never been a sworn law enforcement officer, have you?

A. No.

Q. You understand that a police academy can take around six months; right?

A. Right.

Q. But you never did that, did you?

A. No.

Q. What do you do as a parking tech? What's your job?

A. Write tickets -- parking tickets. Any kind and all.

Q. Do you drive around in one of those little vehicles?

A. Well, we have regular -- a Ford Fiesta.

Q. Okay.

A. It's like a little station wagon. And we drive around in that.

Q. Do you have to go to court and testify?

Page 14

A. No.

Q. You just write the tickets?

A. Just write the tickets.

Q. How many hours a week do you work as a parking tech?

A. Two 8-hour days; 16 a week.

Q. I see.

Is there -- are there any particular days of the week?

A. Yeah. I work every Thursday and Friday.

Q. Did you grow up around the Alameda area?

A. I've been here since '58. My dad was in the Navy; retired here.

Q. '58.

How old were you when you came here to Alameda?

A. I started high school, which would be -- I was 15 -- 16. Almost 16, yeah.

Q. Have you lived in the city of Alameda all that time?

A. Yes.

Q. What are some other jobs that you've held up until the time that you became a jailer?

A. I worked on tugboats for about three years; I did security for about six years; I ran a gym for --

Page 15

well, I ran a gym for 20, 30 years -- it was all part time and I lived in back of the gym, and then I owned the gym for about three years.

Q. And from your interview with the sheriff's office, you mentioned that you've been a bouncer in many different bars in Alameda; is that right?

A. Yes.

Q. In fact I think you said that you had been a bouncer at almost every bar in the city.

A. Pretty close.

Q. How many bars are in the city?

A. Oh, I couldn't tell you how many, but I probably worked in at least nine.

Q. Okay. And -- so what did that entail; to be a bouncer in those bars?

A. It's not like the movies. It's just, you know, watching things don't get out of hand. People get drunk. The biggest thing is trying to keep people from beating each other up.

Q. If things do get out of hand, do you ever have to get physical with the patrons?

A. I had to a few times.

Q. Would you call the police if things got out of hand?

A. Yeah. If it got really bad, yes.

Page 16

Q. But sometimes as a bouncer you could just physically throw somebody out of the bar if you had to?

A. You don't -- you could, but you don't really throw them out of the bar; you escort 'em out.

Q. You had some -- you've had some training in some martial arts, I understand?

A. Yeah, I did judo for a few years, and I've wrestled off and on since high school.

Q. Did you reach any sort of ranking in judo?

A. No. I didn't want to.

Q. No? Okay.

But it's certainly something -- a self-defense technique --

A. Yes.

Q. -- that came in handy as a bouncer, I take it; right?

A. Yes.

Q. Wrestling too?

A. Yes.

Q. Did you train -- or learn wrestling techniques anywhere in particular?

A. I had started wrestling in high school. And then I wrestled a little bit in junior college, and after that I helped a buddy of mine coach wrestling. It was called BAWA, Bay Area Wrestling Association. It's

Page 17

little kids.  Grade school age.

Q.      How many years did you work as a bouncer?

A.      Between 10 and 12.

Q.      When was that?  Was that while you were a jailer, or before?

A.      No, it was way before.

Q.      (Pause.)
        In your statement with the sheriff's office, you estimated that you were a bouncer for about 12 years.  Does that sound about right?

A.      Yeah.  Ten, 12 years, yeah.

Q.      I understand that you worked out at the police gym too?

A.      Yes.

Q.      Do they have their own private gym just for law enforcement?

A.      Yeah.  It's just for the department.

Q.      How is it that you're allowed to go there and use it?

A.      When I was in the jail, I was part of the APOA that -- we were in the union with the police officers.  And the other officer that -- Craig Rodriguez retired now -- him and I set the gym up.  A friend of mine had a benefit for us raising money, so we built the gym from scratch.  And so when I retired, they made me an

Page 18

honorary member and gave me a plaque so I could keep working out.

Q.      I see.
        And -- say in the last five years or so, how often have you gone to that gym to work out?

A.      I used to work out every single day.  I haven't for the last probably year.

Q.      Okay.  Did you have an injury or something?

A.      No, I just -- it got too hard.  It was -- I helped a lot of people, and it just gets on you.  You don't have time for yourself.  I worked out three times a day with different people.

Q.      Do you work out for yourself at a different gym now?

A.      Yes.

Q.      I see.
        How long have you been doing ride-alongs with Alameda police officers?

A.      Since I started in the jail.

Q.      Why did you start doing those ride-alongs?

A.      I had -- in the jail, it was because we had four in the staff working at a time.  And when it would get slow, somebody would come in and go "Hey, do you want to" -- ask one of us; any one of us -- "Do you want to go for a ride-along," and most of the jailers that

Page 19

didn't want to go, I'd go.  So it started -- that started it, and then I just stayed with it.

Q.      When you worked as a jailer for about ten years, was that a full-time job?

A.      Yes.

Q.      Now, you've known Officer Fisher for a long time; right?

A.      Since he's been there, yes.

Q.      Since he started on the force.  Which I think was around the time of the incident; a little over ten years already, right?

A.      I believe so.  I'm not positive on the exact time.

Q.      And you had been riding along with him since he started?

A.      Off and on.  He's not the only one.

Q.      Yeah.  I got it.
        So say in the year or so leading up to the incident with Mario Gonzalez, about how many days a week would you ride along with Officer Fisher?

A.      Oh, with James?
        Maybe once, twice a week.  I don't know.

Q.      Would you ride along with other officers on other days too?

A.      Yes.

Page 20

Q.      How did the ride-alongs with Officer Fisher usually go?  Where would he pick you up?

A.      Usually we would meet for coffee somewhere, and then I would ride along with him.  Once in a while if we were going to coffee and he couldn't make it, he'd say "I'll come by and pick you up in a while."  And then he'd do that; he'd drive by.

Q.      What time would you usually meet him for coffee?

A.      Usually after lineup unless they had something holding for him.  If they were busy, I wouldn't make it.

Q.      So your understanding of the police -- typical shift would be they have lineup at the station and then they'd go out on their patrol; right?

A.      Right.

Q.      So you would typically meet him -- meet Officer Fisher after he went out on patrol, and you would meet him at a coffee shop?

A.      Yes.  If they could make it, yes.

Q.      Usually right after he went on patrol; right?

A.      Usually.

Q.      And how long would you usually hang out with him at the coffee shop?

A.      It depends.  Sometimes 15 minutes; sometimes maybe half an hour.

Page 21

Q.    You also mentioned in your interview that you think you know about every coffee shop in town.

A.    Yes.

Q.    You go to a lot of coffee shops.

A.    Yes.

Q.    And did you visit a lot of coffee shops with Officer Fisher?

A.    With James, no.  Every officer has a beat, so they don't leave their beat.

Q.    So you'd pretty much go to the same coffee shops with him?

A.    With James?

     Yeah, usually it would be one -- right there on Park Street.  So.  The Beanery.

Q.    The Beanery?

A.    Right.

Q.    Would you get free coffee when you went there with Officer Fisher?

A.    No.

Q.    And so when you would go there with Officer Fisher, would you meet other officers there too?

A.    Sometimes.

Q.    Did he ever explain to you how it was that he had time to kind of hang out at a coffee shop right at the beginning of his shift?

Page 22

A.    Well, he didn't really have to.  I know how it works.  It's -- everybody tries to get a cup of coffee when they get on.  And then if -- but -- like I said, if they have something holding -- once you come in and log on your computer, it will tell you if there is something holding -- you've got to go; you can't kill time.

Q.    Yeah.

     Did he ever mention to you that he's -- actually he's got to go because he's supposed to be patrolling and driving around?

A.    Oh, yeah.  He's actually had plenty of times where he would say "I can't make it."

Q.    Have you ever hung out at the coffee shop with Officer Fisher for an hour or more?

A.    We've gone there for lunch.  I met him there at lunch.  And when I've worked with -- you know, I'd meet him there in my car and, yeah, we'd sit there for the whole lunchtime.

Q.    What about for those early -- early in the shift breaks?

A.    In the morning, you mean?  When we start?

Q.    Yeah.

A.    Eh... An hour?  I don't know.  That's kind of long.

     I think long might have been, like, 40 --

Page 23

maybe 45 minutes, but I don't know about an hour.

Q.    Okay.  How often would you have, like, 45 minutes at the coffee shop in the morning with him?

A.    That's hard to say.  Maybe once a week; maybe once every two weeks.  It just depends.  Like I said, if they're busy, they're busy.  Nothing you can do about it.

Q.    Did Officer Fisher ever ask you to sign off on -- excuse me -- to fill out any forms as a ride-along guest?

A.    No.  Working for the City, as far as I know, you don't have to.

Q.    Did he ever tell you that the department has a policy about ride-alongs?

A.    Yeah, I knew the policy when I was working in the jail.

Q.    It probably has been revised since then.

A.    Oh, yeah.  I'm sure it has.

Q.    Did Officer Fisher, though, ever tell you that "We've got this policy, and there is certain rules now we have to follow for ride-alongs"?  Anything like that?

A.    No.  I haven't heard anything from anyone.

Q.    Did he ever tell you that the City police department has a dress code for ride-alongs?

A.    That, I've heard.  As an official

Page 24

ride-along -- yeah, I believe that.

Q.    Yeah.

A.    I remember that.

Q.    Did anyone ever say "Charlie, you're not really in compliance with the dress code when you're wearing sweats and a hoodie"?  Did they ever tell you that?

A.    No.

Q.    Did they ever tell you that technically you're supposed to be wearing like a collared shirt, and slacks and -- that kind of clothes to ride along?

A.    No.  Myself, no, I've never been told that.

Q.    Did they ever tell you that they're supposed to get permission from their sergeant before they invite you on a ride-along?

A.    Well that, I know.  And 90 percent of the time I'd say every sergeant knows I've done it, and I've been doing it.  In fact, it's all the way up to captains now that I've been riding along with since the beginning.

Q.    So you get treated kind of different than the other ride-alongs, it sounds like?

A.    Well, it's not really a ride-along.  Like, if there was something serious happening -- unfortunately, like this -- I would normally just get out of the car and go.  I can walk home.  But we were just riding

Page 25

around, and it seemed like any other call. So.

Q. Yeah.

But what I'm asking you is to your knowledge, regular folks when they want to do a ride-along, they have to follow the rules of the policy. But they didn't make you follow the rules of the policy; is that right?

A. Well, it depends -- I don't -- you're losing me as far as -- I understand what you're saying about the dress code. But like I said, the sergeants all know that I was in the car. Everyone knows every morning I'm there. In fact, I ride along with the sergeants -- the same thing in the mornings.

Q. Well, I understand if you're saying that sergeants were aware that you frequently rode along. But did you actually inform a sergeant every single time that you rode along that you were riding?

A. No, not every single time.

Q. Did you do anything in writing for the sergeant; that you were telling that sergeant that you were riding along?

A. No.

Q. On the day of the incident with Mario Gonzalez, did you -- do you have a specific memory of actually informing the sergeant that you were going to be riding along?

Page 26

A. I don't believe so.

Q. And who was the sergeant that morning that you would have informed if you did such a thing? Do you know?

A. That morning -- let's see, who was working. Possibly -- I am not sure. It could have been Sergeant Reynolds, but. Or Sergeant Keden. Or it might have been -- well, Sergeant Mrak was there, so it might have been her. I'm not positive on who was the sergeant that day.

Q. Have you ridden along with Officer McKinley before?

A. No.

Q. Have you ridden along with Officer Leahy before?

A. No.

Q. Other than ride-alongs, do you have a social relationship with Officer Fisher?

A. We work out together.

Q. Oh --

A. We did.

Q. At the police gym?

A. Yes.

Q. Do you go to each other's houses, or barbecues, or restaurants outside of work?

Page 27

A. No. I have my -- we've gone to lunch at work, and then I think I met him once at McGee's.

Q. What's McGee's?

A. That's a bar in town. That's where we -- when -- usually when someone gets off FTO, everybody gets together and you'll have a beer.

Q. I see.

So where did you and Officer Foster [sic] meet up on the day of the Gonzalez incident?

ATTORNEY FOX: Foster?

THE WITNESS: Fisher, you mean?

ATTORNEY HADDAD: I'm sorry. I'll say that again.

ATTORNEY HADDAD: Q. Where did you and Officer Fisher meet up on the day of the Mario Gonzalez incident?

A. I believe that would have been The Beanery.

Q. Do you have a memory of that, or is that just --

A. I'm kind of guessing there. He may have picked me up at the house; I'm not positive. For some reason I seem to remember The Beanery. But I might have gone there, and then he might have called and said "Hey, I can't make it," and then showed up later.

Q. He might have picked you up at your house?

Page 28

A. He might have said "Yeah, I'll cruise by if you want to go for a cup," and I go "Yeah."

Q. Now, what's your understanding of the time of day that the morning shift starts?

A. It starts at 7:00.

Q. In your interview with the Renne Law Firm, I believe you told them that you met up with him around 7:30 in the morning. Does that sound right?

A. Yeah, it depends. Lineups are -- there is no set time. It depends if they have something they're going to talk about. It can go 15 minutes, five minutes, or an hour.

Q. So around 7:30 in the morning would typically be right after lineup; right?

A. Yeah -- yes, usually.

Q. And is it possible that you met him at the police station as he was picking up his car that morning?

A. No. I wouldn't have -- I'd remember that one.

Q. You do not do that very often?

A. Go to the station and go?

Q. Yeah.

A. No, not with James.

Q. You did that with other folks?

A. A few other officers I've met at the station.

Page 29

Q.    Why not with James?

A.    I just -- he'd get out of lineup and sometimes, like I said, he would -- he'd have something, and he goes "Hey, I can't make it," and that would just mean I'd have to walk back home. So I'll just go "I'll wait, and I'll meet you at The Beanery." Because it's close to where I live. It's walking distance.

Q.    Okay. So either you met him at The Beanery, or he picked you up at your house; right?

A.    Yeah. I'm not positive. I'm pretty sure it was The Beanery. But he may have said "Well, I'm going to go if you want to get a cup," and then I just held off and he might have picked me up at the house.

Q.    Do you know how much time you spent at The Beanery that morning?

ATTORNEY FOX:  That assumes they got to The Beanery.

THE WITNESS:  Yeah. I'm -- I have no idea. I mean, I could have went in, grabbed a cup, and then just left. Usually I do. Yeah, especially early like that I won't stay. Because the people I know that show up at 8:00 -- there is a bunch of friends and it's -- it turns into a long gab session, so I leave.

ATTORNEY HADDAD:  Q. All right. So by 7:30 you were riding along with Officer Fisher;

Page 30

right?

A.    I would say, yeah, close to that.

Q.    And then the incident with Mario Gonzalez happened in the midmorning around 10:30; right?

A.    Something like that.

Q.    So what did you do for three hours with Officer Fisher?

A.    Just did his patrol out at the -- some -- Bay Farm. I think he was 41 then, which is a beat.

Q.    Okay.

A.    Which is Bay Farm Island.

So just drive his beat.

Q.    What do you two do when you're just driving around like that?

A.    Just talk. He drives around. If he has a call, we'll go to a call, you know. Maybe it's a -- I don't know -- a stolen vehicle; vandalism of a vehicle -- just anything like that, he will go on it. If it's not a real serious call, I'll just go ahead and sit in the car while he's doing it. If it's serious, I'll either get out; go home; whatever.

Q.    When you're riding along with Officer Fisher, do you help him out with any- -- anything --

A.    No.

Q.    -- like paperwork or anything?

Page 31

A.    No.

Q.    You sit in the passenger seat, I assume.

A.    Yes.

Q.    Next to the rifle there in the car?

A.    There is a rifle in the car.

Q.    Right between the two of you?

A.    Yeah. It's behind the -- right there on the dashboard -- I mean, not the "dash-" -- the center console --

Q.    Center console.

A.    -- right behind it.

Q.    Yeah.

Are you armed when you go on a ride-along with --

A.    No.

Q.    -- him?

ATTORNEY FOX:  So you have to let him finish.

THE WITNESS:  I'm sorry.

ATTORNEY FOX:  Doing good. That ache in your left leg -- that's me kicking.

ATTORNEY HADDAD:  Q. Did you write down any notes or anything about what happened that day to help you remember in the future?

A.    No.

Q.    Okay. So can you -- you can't remember

Page 32

anything that you did or saw with Officer Fisher before ending up at that park with Mario Gonzalez?

A.    I remember cruising Bay Farm, and then we sat behind a -- one of the buildings out there for -- I don't know -- a half hour; maybe longer. And we're talking there. I'm trying to remember if he had any calls. I don't recall that he had any.

Q.    Well, why did you and Officer Fisher stop and just --

A.    He didn't have --

Q.    -- sit in the car behind the building?

A.    -- nothing on the board at the time, and -- he goes "Let's stop for a second"; I go "Sure," and went to the bathroom. There is a bathroom out there at the ferry terminal. And then we sat in the lot for, like I said, a half hour or so.

Q.    Okay. Can you remember what led Officer Fisher to go to that park with -- where Mario Gonzalez was?

A.    Yeah. He got the call.

Q.    What was the call that you can remember?

A.    41 -- I think I heard McKinley -- 31 -- he had the call, and I think it was just for an ordinary -- and then James was going, and I think he was called as cover.

Page 33

Q.     You think it was for an ordinary what?

A.     A 647(f), which is just ordinary and drunk.

Q.     That's just what you remember; right?

A.     Yeah.

Q.     It could have been for a suspicious person or something else like that; right?

A.     Yes, it could have.

Q.     All right.  So did Officer Fisher say anything to you about any concerns he might have had about this call as the two of you were heading over there?

A.     No.  He'd asked me "Do you want out?"  "Do you" -- I said "No, I'll go."

Q.     Did the two of you make a stop on the way to the call?

A.     Just at the Walgreens on the request of McKinley.

Q.     I see.
       Did you get out of the car at Walgreens?

A.     No.  No.

Q.     Did you hear anything that was discussed between Officer Fisher and anybody at Walgreens?

A.     No.  He went inside; I was in the vehicle.

Q.     About how long was he gone?

A.     A few minutes.

Q.     When he came back, did he tell anything to

Page 34

you?

A.     No.

Q.     Do you know what he was doing in there?

A.     I was assuming -- you want me to make an assumption?

Q.     Well, if it's based on something that you heard or some- --

A.     Well, I didn't hear anything.  Like I said, he was inside, but I know that he --

       ATTORNEY HADDAD:  Q.  So just --

       ATTORNEY FOX:  Counsel doesn't want you to guess.

       ATTORNEY HADDAD:  Q.  I'll ask a different question.
       Just so we can kind of know what was your state of mind at the time -- what was your thought about why he went in there?

A.     I knew that he went in because I could hear McKinley ask him on the radio "Can you check to see if anything" -- "if someone was seen leaving with anything?" -- something in that manner.

Q.     Okay.  So it was your belief that he went in there to follow up on what McKinley asked him to do?

A.     Right.

Q.     So he comes back out to the car.  Does he tell

Page 35

you what he learned?

A.     No.

Q.     What happens next?

A.     He told McKinley "negative."  That's -- I heard that because I was sitting there.

Q.     Okay.

A.     And then McKinley asked him to come over, and he just waited -- cleared traffic and pulled right across the street.

Q.     Did there seem to be any emergency or rush on Officer Fisher's part to get over there?

A.     No.

Q.     And what happened when you got there?

A.     I sat in the car, and Officer Fisher got out and walked over.

Q.     So where was the car parked?

A.     Approximately 50, 60 feet from the little park.

Q.     What street was it on?

A.     It's on Otis.  The park is at the end of Oak.

Q.     But your car was parked on Otis -- on Otis, I think?

A.     Right.

Q.     All right.  And -- so the passenger side of the car was along the curb; right?

Page 36

A.     Right.

Q.     And from where you were inside the car, could you see or hear anything that was happening with the officers?

A.     I can see it all and hear a little bit here and there.

Q.     I take it you had your window open?

A.     Yes.

Q.     So what do you remember seeing and hearing from inside the car?

A.     I remember McKinley standing there talking to him.  And then when James got out, he walked over and just stood back kind of to the side, and then they were talking.
       And then as they moved -- like, I'm looking at you; that's a direct view -- McKinley was to the left; Fisher was right about there -- they moved back towards the middle, and that's when I could hear McKinley saying things to him, like "What's your name" -- he kept asking him what his name was.
       And then I just kind of phased [sic] out; I wasn't really paying attention because it just seemed like a regular -- you know -- like I said, he seemed like he was drunk or something.  I heard him a couple times; he just wasn't making sense.  I go "Eh, he's just

Page 37

drunk."

Q.   That was your assumption.

A.   Yes.

Q.   Kind of a guess; right?

A.   Well, I -- like I said, I worked in the jail for ten years; I've been around a lot of drunks.

Q.   All right. But you didn't -- you never got closer than 50 or 60 feet where your car was; right?

A.   Until the incident, yes.

Q.   Okay. Did you recognize Mario Gonzalez or think he looked familiar to you?

A.   No, not to me.

Q.   So what's the next thing that you remember about the incident?

A.   I saw them -- I think it was James had his wrist, and they were talking and saying something -- "please something-something." And then I'm watching, and then I started watching it closely because McKinley was taking the other wrist. And then I saw them. They weren't really, like, fighting; just kind of moving around. And then all of a sudden they lost control because of his size, and -- [makes a sound] -- they went to the ground.

Q.   Okay. So you saw an officer on each side of Mario Gonzalez while they were standing up?

Page 38

A.   Right.

Q.   And it didn't look like they were fighting; right?

A.   No.

Q.   Is that correct?

A.   Yep.

Q.   Okay. And then all three of them went to the ground?

A.   Well, kind of like -- from what I could see, it looked like Mario pulled from McKinley, and him and James lost balance and went down.

Q.   Okay.

A.   And then McKinley was still hanging on, so it pulled him down.

Q.   So then what happened or what did you see next?

A.   That's when I got out.

Q.   Why did you get out there?

A.   Because they went to -- all three of them went to the ground.

Q.   Now, you've been on a lot of ride-alongs by that time; right?

A.   Yes.

Q.   And had you ever seen an incident where an officer got into a physical struggle with another

Page 39

person?

A.   Yes.

Q.   Did you get involved before?

A.   Nope.

Q.   What was it about this time that caused you to get involved?

A.   It just -- I don't know. To me it was like he had more power than -- James is a pretty strong guy, but Mario just looked like he was going to be a handful for the two of them.

Q.   Based on his size?

A.   Yes.

Q.   Did he look like he was kind of fat?

A.   Yeah, he's overweight, definitely.

Q.   Okay. So you got out of the car, and then did you go over there?

A.   Yes.

Q.   Did you run over there?

A.   No, not really.

Q.   Did you realize that you left your car door open?

A.   No. Not at that time.

Q.   When you left your car door open, you left the contents of the car accessible to whoever might have walked by; right?

Page 40

A.   Whatever. Yeah, I guess.

Q.   Including the rifle that was in the car; right?

A.   It's locked. You can't -- there is a special way to get it out. Even I don't know that.

Q.   Does it need a key?

A.   No. It's a combination of buttons, I believe, you have to push.

Q.   Okay. But anyways, the car was left with the door open as you walked away; right?

A.   I believe so.

Q.   Was the car still running?

A.   I don't believe so.
     If I remember right, James locked me in.

Q.   So when you got up to the officers and Mario Gonzalez, what did you see?

A.   They were on the ground, and Officer McKinley asked me if I could take his legs.

Q.   Was Mario already facedown at that point?

A.   Yeah, he was -- well, he was on his stomach, but he was -- he was looking, you know. Moving his head around, looking from side to side.

Q.   But when I say "facedown," I mean --

A.   Yeah, he's --

Q.   -- on his stomach.

Charlie Clemmons

Page 41

A.    Yes.

Q.    Sometimes we're going to call that prone.

A.    Yes.

Q.    Okay.  So did you see Officer McKinley with any part of his body touching Mario's body?

A.    I believe he was holding his arm.

Q.    Which arm?

A.    He would have been on the left side.  On Mario's left side.

Q.    Officer McKinley says that his first position was straddling Mario -- his -- straddling Mario's buttocks.  Like, riding him kind of.

A.    That could have been.  Before I got there, he could have, yes.

Q.    Did you see that?

A.    I -- as I said, I was walking over -- I was trying to see what was going on and walk over.  I didn't see McKinley or James at the time till I got right there.  Because they went down, and as they went down I lost view --

Q.    Uh-huh.

A.    -- just to like about, I don't know, table height, whatever.

        ATTORNEY FOX:  So he's asking did you see Officer McKinley on his buttocks.

Page 42

        THE WITNESS:  No.

        ATTORNEY FOX:  Thank you.

        ATTORNEY HADDAD:  Q.  So when -- and also when you first got up there, what was Officer Fisher doing?

A.    He was, like, pulling hisself out from underneath Mario.  He was half covered.

Q.    Okay.  And then once he got out from underneath Mario, what did Officer Fisher do?

A.    I believe he was pulling on his arm to get it out from under him.

Q.    Pulling at his own arm?

A.    No.  On Mario's arm.

Q.    Mario -- okay.
        Was he holding Mario down?

        ATTORNEY FOX:  Vague.
        When I say "vague," it's -- I'm saying that for the record.  If you understand what he means by holding him down, you may respond.

        THE WITNESS:  Okay.
        Yeah, I believe he was holding him down.  He was leaning over his arm like this (indicating), trying to pull the arm out.

        ATTORNEY HADDAD:  Q.  Did you see Officer Fisher with his chest pressing down on Mario's back

Page 43

at some point?

A.    No, not...

Q.    Did you see Officer Fisher kneeling on any part of Mario's back at some point?

A.    No.  The only time I looked is when I first got there, and then I got on the legs and I was facing the other way.

Q.    How long did you stand there watching before you got down on Mario's legs?

A.    Oh.  As soon as I got there.  McKinley asked me -- he goes "Can you take his legs," and I did.

Q.    Okay.  So what did you do to his legs?

A.    I just laid across 'em.

Q.    You put your chest across his legs?

A.    Yeah.

Q.    What part of his legs?

A.    The -- right behind the knees.  Both knees.

Q.    And before you did that, what kind of movement were his legs making?

A.    He was just moving them around, pushing all around.  Like, you know, pushing forward.  And he was just -- it's hard to explain.  He was so big.  Whenever he moved his legs, he moved everything.

Q.    So this is a transcript of your interview with the Renne firm, and you were asked what was Mario doing

Page 44

with his legs, and you said --

        ATTORNEY FOX:  Do you have a page/line reference?

        ATTORNEY HADDAD:  Oh, yeah.  Page 5496.

        ATTORNEY HADDAD:  Q.  So you were asked:
        "What was Mario doing with his legs?"
        And you said:
        Quote, "He was moving around.  He was moving me quite easily," unquote.
        Do you recall that?

A.    Yes.  When I was on him I remember that.

Q.    And then they asked you:
        "Was he kicking you at all?"
        And you said:
        "He wasn't kicking as much as trying to get his legs -- you know, get his legs free," unquote.
        Is that accurate?

A.    Yes.

Q.    And then you were asked:
        "Did you ever observe him kick any of the other officers?"
        And you said:
        "Not really."

A.    No.

Page 45

Q.    Is that accurate?

A.    Yes.

Q.    So from what you were seeing in terms of Mario's leg movement, it didn't look like kicking to you; it looked like he was just trying to get free.

Is that right?

A.    Yes.

Q.    Is it possible that Mario was having trouble breathing and he was trying to move into a position where he could breathe better?  Do you know?

A.    That -- I'd be totally guessing.

Q.    Okay.

Now, in your history with wrestling and working out with other officers in the gym, have you ever experienced having -- being facedown on the ground and having someone put weight on your back?

A.    Oh, yes.

Q.    And has -- have you experienced feeling that it's a little difficult to breathe in that position?

A.    Yes.

Q.    And sometimes it can be very difficult to breathe if there is significant weight on your back while you're laying facedown on the ground; right?

A.    Yes.

Q.    And for those of us who have some bellies.  If

Page 46

we're facedown on the ground, that can make it harder; right?

A.    I would imagine, yeah.

Q.    Harder to breathe, I mean.

A.    Yes.

Q.    Did you ever train with either Officer Fisher, or McKinley, or Leahy in any sort of defensive tactics practice?

A.    Not with them, no.

Q.    Did you ever get on a mat with any of those guys?

A.    No.

Q.    How long do you think that you were in that position kind of laying across Mario's legs as his legs were moving around?

A.    For me, time goes pretty fast.  It might have been a lot longer, but it seemed to me like it was maybe three, four minutes.

Q.    And what were you able to see while you were in that position across his legs?

A.    The only time I looked up was when I heard James say "Oh, he's lifting me."  And I -- laying like this, I looked that way and I could see James up on his knees up in the air.

Q.    James Fisher.

Page 47

A.    Yes.

Q.    Where were his knees touching?

A.    On the ground.  He was -- his whole body was up.  He was holding on like this (indicating), and he was up.

Q.    So what part of his body was touching Mario?

A.    His arms were.  He was holding his arms. Holding his arm; Mario's arm.

Q.    Did it look like James was trying to press down on Mario to put him back on the ground?

A.    No, I couldn't tell you that.  Because I looked real quick, and then he was moving -- I just went back and laid down on him.

Q.    So most of the time when you're laying down, where were your eyes pointed?

A.    They were -- I was facing the other way completely.

Q.    Facing towards --

A.    Towards -- if he was James (indicating), I was this way.  McKinley and James were back here (indicating), and I was laying this way; both his feet were right here (indicating).

Q.    Okay.  So you're kind of looking in the direction of Mario's feet.

A.    Yeah, I was.  Yes.

Page 48

Q.    Could you hear the noises that Mario was making?

A.    Just mumbling and not making sense.  As I said in there, I believe, Officer McKinley really, to me, made a lot -- he was trying to get him to calm down more.  In fact a couple times, I even said "Mario, just relax."  And McKinley even asked him his birthday, and I remember him all of a sudden just stopping and going something-something numbers.

Q.    Could you hear Mario gasping?

A.    No.

Q.    Is there anything else specific that you can remember happening until you moved off of Mario's legs?

ATTORNEY FOX:  Pretty vague.

But if something significant comes to mind, you may certainly testify.

THE WITNESS:  Yeah.

No, I -- I don't.  I don't remember anything. I mean, there was -- that was it.  I could just hear sirens then really coming.

ATTORNEY HADDAD:  Q.  Let me try to be a little bit more specific for the sake of your attorney.

So you're laying across Mario's legs for a few minutes, it looks like.

Charlie Clemmons

Page 49

A.    Yes.

Q.    And the exact time, we can see that from the video somehow; right?

A.    (Nods.)

Q.    Other than at one point looking over and seeing that Mario was somehow lifting up James Fisher, did you see anything else happening between the officers and Mario?

A.    No, sir.

Q.    What caused you to get up off of Mario's legs?

A.    Officer Leahy showed up, and he says "Charlie, I've got it." So I got up.

Q.    So you just got up off of him?

A.    Well, yeah.  Leahy came down, got right next to me, and so I got up and left.

Q.    And then what position did Leahy get in?

A.    I believe he was just holding him down.  I don't even know if he laid across him.  I don't believe he figure-foured him.

Q.    Do you recall seeing Officer Leahy kneeling across Mario's lower legs?

A.    No.  I -- when Leahy took -- I just got out of the way and got up and walked back to the car.

Q.    You turned back and looked, though, for a minute before you left, didn't you?

Page 50

A.    I don't even recall that, to tell you the truth.

Q.    Here is what you said to the interviewers from the Renne Law Firm:
        "Question" -- oh, this is page 5498.
        "Question:  Okay.  And so did you
        linger at all before you walked to
        the car?
        "Answer:  No.  No, I didn't because
         everything seemed fine to me.  I
         just -- I'll just get out of
         the way.
        "Question:  Okay.  And so when you
         say 'everything seemed fine,' what do
         you mean by that?  Was there still a
         struggle going on?  Did they have
         control over him?
        "Answer:  It looked like they had a
         little better control, you know,
         because it was, like, Leahy got there
         and took the leg, I got up, and
         everything looked okay.  No one was
         struggling.  They weren't struggling;
         he wasn't struggling.  No one was
         freaking out or nothing, and it

Page 51

        looked fine, so I just got up and
        started walking back to the car,"
        unquote.
    Does that still sound correct?

A.    Yes.

Q.    Okay.  So that's kind of a long answer, but in part of it you said "he wasn't struggling."  You're talking about Mario; right?

A.    I would assume, yes.

Q.    Okay.  That's the last thing you saw before you walked away; right?

A.    Yeah.  As I got up, I just looked -- everyone was there, and then I just left.

Q.    And it looked like it was under control at the time that you walked away; is that right?

A.    Yes.

Q.    And the last thing you saw, it looked like the officers -- here is what you said:
        Quote, "No one was struggling.  They
        weren't struggling; he wasn't
        struggling," unquote.
    And that's the last thing you saw; right?

A.    Right.

Q.    Did you look back and see any more of what happened after you walked away?

Page 52

A.    Not that I remember looking back.  I just remember going to the car.

Q.    Did you go back in the car?

A.    Yes.

Q.    And shut the door?

A.    Yes.

Q.    Window was still open?

A.    Yes.

Q.    At some point did you become aware that Mario was having some sort of medical problem?

A.    I had heard them yelling probably a couple minutes later.

Q.    What did you hear them yelling?

A.    I had heard them yelling "Mario, Mario" and then -- was it -- someone said "Get AFD."  And then after that, it was just all -- everybody running around.  They were doing CPR, and I knew there was something wrong.

Q.    Did you get back out of the car at any time?

A.    No.

Q.    Even once sergeants came to the scene, did you get back out and talk to anybody?

A.    No, I stayed in there until I was told to get out.
    ATTORNEY FOX:  Just for the record, you said

Page 53

"AFD"?

THE WITNESS: Yeah.

ATTORNEY FOX: For Alameda Fire Department?

THE WITNESS: Right. Yes. Sorry.

ATTORNEY FOX: Thank you.

ATTORNEY HADDAD: Q. How long did you stay in the car until you were told to get out?

A. Oh. It seemed like ten minutes or more.

Q. Who told you you could get out?

A. One of the sergeants came and got me. He said "You have to come over here."

Q. So where did you go then?

A. I got in the truck -- one of the -- I think it was a traffic sergeant, in fact. I got in the truck there.

Q. Was anybody else in the truck with you?

A. I believe all of us were in the truck and told not to talk.

Q. When you say "all of us," you mean you, Fisher, McKinley, and Leahy?

A. Well, Fisher and McKinley, I believe. I'm not sure about Leahy.

Q. So --

A. Or maybe it was Leahy and Fisher and I.

Q. So all three of you were in that truck for a

Page 54

while?

ATTORNEY FOX: Vague as to what you mean by "a while."

ATTORNEY HADDAD: Q. I'm going to ask that.

How long were you in the truck together?

A. It's hard to say. Maybe five minutes or so. Like I said, the sergeant was sitting there.

Q. In the truck too?

A. Yeah, he was in there. He only left for a minute. And he got everybody in, and then he says "Okay, nobody talks to anybody" and just "We're going." And then he was -- they were yelling this and that; this and that. I wasn't paying attention, really. You've got to do this; you've got to do that. And then we were separated right away.

Q. Where were you separated? Still at the scene?

A. No. As soon as we got to the station. Sergeant drove us to the station.

Q. I see.

So then at the station where did you go?

A. I was sat in another car with an officer, and I believe both officers were taken inside. I didn't see, you know, once they went inside.

Q. And then how long did you sit around in that

Page 55

car?

A. It seemed like I was in there at least a half hour; maybe longer.

Q. Did anyone inform you why they wanted you to wait there in the car?

A. No. Not really.

Q. Did you know that something bad had happened to Mario?

A. I kind of assumed that on my own.

Q. Okay. So what's the next thing that happened?

A. Then went upstairs, and I'm put in a room. One officer sat with me, and that was probably -- probably an hour. And then the chief came in and asked me if I was okay. The chief at the time; interim chief. And then they were going to do some questioning or something, and they said -- no -- I guess they didn't -- they were setting it up for later, so I got to go home.

Q. Okay. Were you injured at all in this?

A. Just little bruises because, you know, at my age I bruise easy.

Q. Did you seek any medical attention for those?

A. No.

Q. Did any of the other involved officers talk about if they were injured?

A. I have no idea.

Page 56

Q. In one of your statements you mentioned that after you walked away when you were relieved by Officer Leahy, you did have to come back at one point because you lost your phone or something. Do you remember that?

A. I lost everything.

Yeah, when I was going back -- when they told me go ahead and go back there and they're going to put you in a car, that's when I said "Hey, if anybody has seen this stuff..." And then just the phone at the time.

Q. Okay. When you went back to get your stuff, was Mario still there?

A. I believe so. I believe AFD was there; everybody was there.

Q. All right. Now, the whole time that you were with Mario before being relieved by Officer -- strike that. I'm going to ask this differently.

The whole time that you were up there next to Mario and the other officers -- did you ever see Mario strike any officer?

A. No.

Q. Did you ever see him kick any officer?

A. No.

Q. Did you ever hear him say anything threatening?

Page 57

A.    No.

Q.    Did you ever see any officer check Mario for weapons?

A.    Not that I recall.

Q.    Did anybody ask you at the scene what you saw or what happened?

A.    At the scene?

Q.    Yeah.

A.    No.

Q.    Were you provided with an attorney before you gave your first statement at the sheriff's office?

A.    At -- yeah.  At the police department, yes.

Q.    And about a week went by, I think, before you gave a statement; right?

A.    Yes.

Q.    Do you know why that much time passed before you were asked to give a statement?

A.    No, sir.

Q.    Up to this point you've never received any police training about positional asphyxia or anything like that, have you?

A.    No.

Q.    Did you ever talk with anyone from the district attorney's office about what happened other than that first interview that you gave?

Page 58

A.    No.

Q.    Or talk with anyone from the sheriff's office again after that first interview?

A.    No, sir.

Q.    And then later on you gave a separate interview with the Renne Law Firm; right?

A.    Yes, sir.

Q.    Just that one time?

A.    Yes.

    Oh, wait.  Actually, it got -- they were the ones -- the law firm -- yeah.  They -- I had gone in with the lawyer to talk to them, and something was messed up.  So they canceled it, and I got home, and I had to come back the next day.

Q.    But you didn't actually give an interview the first time.

A.    No.  We didn't -- we sat down at the table -- and I believe it was that they assumed we were doing it voluntarily.

Q.    I got it.

    All right.  Let's take a little break.  About five minutes or so.

    THE VIDEOGRAPHER:  The time is 2:31 P.M.  We are now off the record.

    (Recess: 2:31 P.M. to 2:36 P.M.)

Page 59

    THE VIDEOGRAPHER:  The time is 2:36 P.M.  We are back on the record.

    ATTORNEY HADDAD:  Q.  The last time that you saw Mario Gonzalez when he was still on the ground just before you walked back to the car -- was he handcuffed yet or not?

A.    I believe so, yes.

Q.    You think he was handcuffed?

A.    Yes.

Q.    All right.  That's all I have.

    ATTORNEY FOX:  Mark the record.

    (All attorneys laugh.)

    ATTORNEY FOX:  Patrick, do you have any questions for the witness?

    (No response from Attorney Buelna.)

    ATTORNEY FOX:  We can't hear you, Patrick.  Patrick?

    THE WITNESS:  Maybe he just stepped away for a sec.

    THE VIDEOGRAPHER:  He's on camera, but I don't think he's...

    THE REPORTER.  There.

    Are you doing that?

    THE VIDEOGRAPHER:  Off the record?

    ATTORNEY FOX:  Is he on?

Page 60

    ATTORNEY HADDAD:  Yeah, let's go off the record for a second.

    THE VIDEOGRAPHER:  The time is 2:37 P.M.  We are now off the record.

    (Recess: 2:37 P.M. to 2:39 P.M.)

    THE VIDEOGRAPHER:  The time is 2:39 P.M.  We are back on the record.

    ATTORNEY FOX:  So numerous attempts have been made to reach Mr. Patrick Buelna.  He is not responding; we're not quite sure why he's not responding.  But Mr. Haddad, who noticed the depo, has indicated he's -- because there has been no questions from Mr. Buelna for the last couple of depos, it's okay to end it at this point.

    Is that your understanding?

    ATTORNEY HADDAD:  Yeah, that's what I feel.

    ATTORNEY FOX:  And I'd like the notification letter sent to me for the witness.  I'll make arrangements for him to review the transcript.  If there is any changes or comments, we'll send those in a writing to the court reporter with a copy to all parties.

    Off the record?

    ATTORNEY HADDAD:  Yeah.

    THE VIDEOGRAPHER:  This concludes today's

Charlie Clemmons

**Page 61**

testimony.  The time is 2:40 P.M.  We are now off the record.

(Off the video record: 2:40 P.M.)

THE REPORTER:  And are all orders the same for this transcript?

ATTORNEY FOX:  The same as well.

ATTORNEY HADDAD:  Yes.

THE REPORTER:  Thank you.

(Off the record, Attorney Buelna came back on the Zoom call and requested a certified transcript, expedited, with the same email instructions.)

(Whereupon, the deposition concluded at 2:40 P.M.)

--o0o--

**Page 62**

CERTIFICATE OF REPORTER

I, DEBRA J. SKAGGS, hereby certify that the witness in the foregoing deposition was by me remotely duly sworn to tell the truth, the whole truth, and nothing but the truth in the within-entitled cause;

That said deposition was taken in shorthand by me, a Certified Shorthand Reporter of the State of California, and was thereafter transcribed into typewriting, and that the foregoing transcript constitutes a full, true, and correct report of said deposition and of the proceedings which took place;

That I am a disinterested person to the said action.

IN WITNESS WHEREOF, I have hereunto set my hand this 3rd day of March, 2023.

_____

DEBRA J. SKAGGS, CSR No. 7857

---o0o---

**Page 63**

DECLARATION UNDER PENALTY OF PERJURY

Case Name: Gonzalez vs. City of Alameda

Date of Deposition: 02/22/2023

Job No.: 10115299

I, CHARLIE CLEMMONS, hereby certify under penalty of perjury under the laws of the State of _____ that the foregoing is true and correct.

Executed this _____ day of _____, 2023, at _____.

_____

CHARLIE CLEMMONS

NOTARIZATION (If Required)

State of _____

County of _____

Subscribed and sworn to (or affirmed) before me on this _____ day of _____, 20__,

by_____,    proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____ (Seal)

**Page 64**

DEPOSITION ERRATA SHEET

Case Name: Gonzalez vs. City of Alameda

Name of Witness: Charlie Clemmons

Date of Deposition: 02/22/2023 Job No.: 10115299

Reason Codes:  1. To clarify the record.
2. To conform to the facts.
3. To correct transcription errors.

Page _____ Line _____ Reason _____
From _____ to _____
Page _____ Line _____ Reason _____
From _____ to _____
Page _____ Line _____ Reason _____
From _____ to _____
Page _____ Line _____ Reason _____
From _____ to _____
Page _____ Line _____ Reason _____
From _____ to _____
Page _____ Line _____ Reason _____
From _____ to _____
Page _____ Line _____ Reason _____
From _____ to _____
Page _____ Line _____ Reason _____
From _____ to _____
Page _____ Line _____ Reason _____
From _____ to _____
Page _____ Line _____ Reason _____
From _____ to _____

**Page 61..64**

**Charlie Clemmons**

**Page 65**

DEPOSITION ERRATA SHEET

Page _____ Line _____ Reason _____

From _____ to _____

Page _____ Line _____ Reason _____

From _____ to _____

Page _____ Line _____ Reason _____

From _____ to _____

Page _____ Line _____ Reason _____

From _____ to _____

Page _____ Line _____ Reason _____

From _____ to _____

Page _____ Line _____ Reason _____

From _____ to _____

Page _____ Line _____ Reason _____

From _____ to _____

Page _____ Line _____ Reason _____

From _____ to _____

Page _____ Line _____ Reason _____

From _____ to _____

Page _____ Line _____ Reason _____

From _____ to _____

_____ Subject to the above changes, I certify that the transcript is true and correct

_____ No changes have been made. I certify that the transcript  is true and correct.

_____
                    CHARLIE CLEMMONS

**Charlie Clemmons**

**-**

**---ooo---** 4:1

**--o0o--** 4:8 5:11 61:15

**1**

**10** 17:3

**10:30** 30:4

**12** 11:22 17:3,9,11

**14** 11:22

**15** 14:18 20:24 28:11

**16** 14:6,18

**1:33** 4:4,11

**2**

**20** 10:22 11:2 15:1

**2023** 4:3,12

**21** 11:12

**22** 4:3,12

**2:31** 58:23,25

**2:36** 58:25 59:1

**2:37** 60:3,5

**2:39** 60:5,6

**2:40** 61:1,3,14

**3**

**30** 15:1

**31** 32:22

**4**

**40** 22:25

**41** 30:9 32:22

**421-cv-09733-dmr** 4:15

**45** 23:1,2

**5**

**50** 35:17 37:8

**505** 4:5

**5496** 44:4

**5498** 50:5

**58** 14:12,14

**59** 11:1,3

**6**

**60** 35:17 37:8

**647(f)** 33:2

**7**

**7857** 4:6

**7:00** 28:5

**7:30** 28:8,13 29:25

**8**

**8-hour** 14:6

**80** 11:6

**8:00** 29:22

**9**

**90** 24:16

**A**

**able** 46:19

**above-entitled** 5:7

**academy** 12:24 13:2, 10

**accessible** 39:24

**accurate** 9:19 10:7 44:18 45:1

**ache** 31:19

**action** 5:8,10

**AFD** 52:15 53:1 56:13

**affirmed** 5:9

**afternoon** 4:10

**age** 11:3 17:1 55:20

**ahead** 30:19 56:7

**air** 46:24

**Alameda** 4:14 5:2 10:20,21 11:10,18 12:2 14:11,16,19 15:6 18:18 53:3

**allowed** 17:18

**altogether** 8:17

**answer** 6:5 50:9,18 51:6

**answers** 9:23

**any-** 30:23

**anybody** 33:21 52:22 53:16 54:12 56:8 57:5

**anyways** 40:9

**APOA** 17:20

**Approximately** 35:17

**Aptus** 4:18

**area** 14:11 16:25

**Arenalas** 4:25

**arm** 41:6,7 42:10,12, 13,22,23 47:8

**armed** 31:13

**arms** 47:7

**arrangements** 60:19

**arts** 16:6

**asked** 33:11 34:23 35:7 40:18 43:10,25 44:5,12,20 48:7 55:13 57:17

**asking** 25:3 36:19 41:24

**asphyxia** 57:20

**Association** 16:25

**assume** 31:2 51:9

**assumed** 55:9 58:18

**assumes** 29:16

**assuming** 34:4

**assumption** 34:5 37:2

**attempts** 60:8

**attention** 36:22 54:14 55:21

**attorney** 4:21,24 5:1, 3,13 7:11,13,14,23 8:1,3,5 11:8,9 27:10, 12,14 29:16,24 31:17,19,21 34:10, 11,13 41:24 42:2,3, 16,24 44:2,4,5 48:14,21,23 52:25 53:3,5,6 54:2,4 57:10 59:3,11,13,15, 16,25 60:1,8,16,17, 24 61:6,7,9

**attorney's** 57:24

**attorneys** 59:12

**average** 11:20,24

**avoid** 6:9

Charlie Clemmons

aware 25:14 52:9

**B**

back 12:7,12 15:2 29:5 33:25 34:25 36:13,17 42:25 43:4 45:16,22 47:10,13, 20 49:23,24 51:2,24 52:1,3,19,22 56:3,6, 7,11 58:14 59:2,5 60:7 61:9

bad 15:25 55:7

balance 38:11

bar 15:9 16:2,4 27:4

barbecues 26:25

bars 15:6,11,15

based 34:6 39:11

basic 13:1,3

basically 13:1

bathroom 32:14

BAWA 16:25

Bay 16:25 30:8,11 32:3

Beanery 21:14,15 27:17,22 29:6,8,11, 15,17

beat 21:8,9 30:9,12

beating 15:19

beer 27:6

beginning 21:25 24:19

belief 34:22

believe 7:4 8:13,18 19:12 24:1 26:1 27:17 28:7 40:7,11, 13 41:6 42:10,21 48:4 49:17,18 53:17,

21 54:23 56:13 58:18 59:7

bellies 45:25

benefit 17:24

best 10:6

better 45:10 50:19

big 43:22

biggest 15:18

birthday 48:7

bit 5:20 10:19 16:23 36:5 48:22

board 32:12

body 41:5 47:3,6

bored 12:12

bouncer 15:5,9,15 16:1,15 17:2,9

break 58:21

breaks 22:20

breathe 45:10,19,22 46:4

breathing 45:9

Brian 4:22

bruise 55:20

bruises 55:19

buddy 16:24

Buelna 4:24 59:15 60:9,12 61:9

building 32:11

buildings 32:4

built 17:24

bunch 29:22

busy 20:11 23:6

buttocks 41:12,25

buttons 40:7

**C**

California 4:5,7

call 15:23 25:1 30:16, 19 32:20,21,23 33:10,14 41:2 61:10

called 13:3 16:25 27:23 32:24

calls 32:7

calm 48:5

camera 7:21 59:20

canceled 58:13

captains 24:18

car 22:17 24:24 25:10 28:17 30:20 31:4,5 32:11 33:18 34:25 35:14,16,21,25 36:2, 10 37:8 39:15,20,23, 24 40:2,9,12 49:23 50:8 51:2 52:2,3,19 53:7 54:22 55:1,5 56:8 59:5

Case 4:14

caused 39:5 49:10

cells 11:19,22

center 31:8,10

certain 23:20

certainly 16:12 48:16

certified 4:6 61:10

chance 10:3

changes 6:15 60:20

Charlie 4:12 5:6 24:4 49:11

check 34:19 57:2

chest 42:25 43:14

chief 55:13,14

city 4:14 8:21 10:20 11:18,25 12:10 14:19 15:9,11 23:11, 23

clarify 8:22

cleared 35:8

Clemmons 4:13 5:6, 15

close 15:10 29:7 30:2

closely 37:18

closer 37:8

clothes 24:11

coach 16:24

code 23:24 24:5 25:9

coffee 20:3,5,9,18,23 21:2,4,6,10,17,24 22:2,13 23:3

collared 24:10

college 16:23

combination 40:7

combined 7:7,15

come 11:12 12:12 18:23 20:6 22:4 35:7 53:11 56:3 58:14

comes 34:25 48:15

coming 5:14 48:20

commencing 4:3

comments 60:20

complete 9:25

completely 47:17

compliance 24:5

computer 22:5

concerns 33:9

concluded 61:13

**concludes** 60:25

**Congratulations** 11:8

**console** 31:9,10

**contents** 39:24

**control** 37:21 50:17, 19 51:14

**copy** 60:21

**correct** 38:5 51:4

**corrections** 6:15 13:3

**Counsel** 4:19 34:11

**count** 11:22

**County** 8:14,18

**couple** 12:13 36:24 48:6 52:11 60:13

**court** 4:17,18 5:4 6:9, 10 12:1 13:25 60:21

**courtroom** 5:25

**cover** 32:25

**covered** 42:7

**CPR** 52:17

**Craig** 17:22

**credentials** 13:4

**cruise** 28:1

**cruising** 32:3

**CSR** 4:6

**cup** 22:2 28:2 29:12, 19

**curb** 35:25

**D**

**DA** 8:14,18

**DA's** 8:24

**dad** 14:12

**dash-** 31:8

**dashboard** 31:8

**date** 11:2

**day** 11:25 18:6,12 25:22 26:10 27:9,15 28:4 31:22 58:14

**days** 12:13 14:6,8 19:19,24

**Debra** 4:6,17

**Defendants** 5:2

**defense** 5:3

**defensive** 46:7

**definitely** 39:14

**department** 17:17 23:13,24 53:3 57:12

**depends** 20:24 23:5 25:7 28:9,10

**depo** 60:11

**depos** 60:13

**deposed** 5:16,19

**deposition** 4:12 6:20 61:13

**describe** 10:15

**died** 9:15

**difference** 5:21

**different** 12:10 15:6 18:12,13 24:20 34:13

**differently** 56:17

**difficult** 45:19,21

**direct** 36:16

**direction** 47:24

**discussed** 33:20

**distance** 29:7

**district** 57:24

**doing** 12:15 18:17,20 24:18 30:20 31:19 34:3 42:5 43:25 44:6 52:17 58:18 59:23

**door** 39:20,23 40:10 52:5

**dress** 23:24 24:5 25:9

**drive** 13:19,24 20:7 30:12

**drives** 30:15

**driving** 22:10 30:13

**drove** 54:19

**drunk** 15:18 33:2 36:24 37:1

**drunks** 37:6

**duly** 5:8

**E**

**early** 22:19 29:20

**easily** 44:9

**easy** 55:20

**Edith** 4:25

**effect** 5:24

**Eh** 22:23 36:25

**eight** 11:24

**either** 10:12 29:8 30:21 46:6

**em** 11:25 16:4 43:13

**email** 61:12

**emergency** 35:10

**enforcement** 13:7 17:16

**entail** 15:14

**errors** 6:16

**escort** 16:4

**especially** 29:20

**estate** 4:23

**estimated** 17:9

**et al** 4:13,14

**event** 10:16

**everybody** 22:2 27:5 52:16 54:11 56:14

**exact** 11:2 19:12 49:2

**EXAMINATION** 5:12

**examined** 5:9

**excuse** 23:9

**expedited** 61:11

**experienced** 45:15, 18

**explain** 21:23 43:22

**eyes** 47:15

**F**

**facedown** 40:19,23 45:15,23 46:1

**facing** 43:6 47:16,18

**fact** 10:11 15:8 24:18 25:11 48:6 53:14

**factors** 10:16

**familiar** 37:11

**far** 23:11 25:8

**Farm** 30:9,11 32:3

**fast** 46:16

**fat** 39:13

**February** 4:3,12

**feel** 10:14 60:16

**feeling** 45:18

**feet** 35:17 37:8 47:21, 24

**ferry** 32:15

**Fiesta** 13:21

**fighting** 37:20 38:2

**figure-foured** 49:19

**fill** 11:23 23:9

**fine** 50:10,14 51:1

**finish** 7:11,24 31:17

**Fire** 53:3

**firm** 8:12,21 9:5 28:6 43:25 50:4 58:6,11

**first** 5:8 8:8,23 10:23 41:10 42:4 43:5 57:11,25 58:3,16

**Fisher** 19:6,20 20:1, 17 21:7,18,21 22:14 23:8,19 26:18 27:11, 15 29:25 30:7,22 32:1,8,18 33:8,21 35:14 36:17 42:4,9, 25 43:3 46:6,25 49:6 53:20,21,24

**Fisher's** 7:19 35:11

**five** 18:4 28:11 54:7 58:22

**folks** 25:4 28:24

**follow** 23:21 25:5,6 34:23

**force** 5:24 19:9

**Ford** 13:21

**forgot** 10:11

**formal** 5:20

**forms** 23:9

**forward** 43:21

**Foster** 27:8,10

**four** 18:22 46:18

**Fox** 5:1 6:4 7:11,13, 23 8:1,3 11:8 27:10 29:16 31:17,19 34:11 41:24 42:2,16 44:2 48:14 52:25 53:3,5 54:2 59:11, 13,16,25 60:8,17 61:6

**freaking** 50:25

**free** 21:17 44:17 45:5

**frequently** 25:14

**Friday** 14:10

**friend** 17:23

**friends** 29:22

**FTO** 27:5

**full** 5:24

**full-time** 19:4

**future** 31:23

---

### G

**gab** 29:23

**gasping** 48:10

**Georg** 4:16

**give** 8:6 9:19,25 13:4 57:17 58:15

**go** 12:1,10,24 13:25 17:18 18:23,25 19:1 20:2,14 21:4,10,20 22:6,9 24:25 26:24 28:2,11,21 29:5,12 30:16,18,19,21 31:13 32:13,18 33:12 36:25 39:16 52:3 53:12 54:21 55:17 56:7 60:1

**God** 11:2

**goes** 29:4 32:13 43:11 46:16

**going** 4:11 6:13 11:12 20:5 25:24 28:11 29:11 32:24 39:9 41:2,17 48:8 50:16 52:2 54:4,12 55:15 56:6,7,17

**Gonzalez** 4:13,23 19:19 25:23 27:9,16 30:3 32:2,18 37:10, 25 40:16 59:4

**good** 4:10 10:9,18 12:4 31:19

**grabbed** 29:19

**Grade** 17:1

**Greg** 5:1

**ground** 37:23 38:8,20 40:17 45:15,23 46:1 47:3,10 59:5

**grow** 14:11

**guard** 13:2

**guess** 5:17,18 8:17 34:12 37:4 40:1 55:16

**guessing** 27:20 45:11

**guest** 23:10

**guy** 39:8

**guys** 46:11

**gym** 14:25 15:1,2,3 17:13,15,23,24 18:5, 14 26:22 45:14

---

### H

**Haddad** 4:4,21 5:13 7:14 8:5 11:9 27:12, 14 29:24 31:21 34:10,13 42:3,24

44:4,5 48:21 53:6 54:4 59:3 60:1,11, 16,24 61:7

**half** 20:25 32:5,16 42:7 55:2

**hand** 15:17,20,24

**handcuffed** 59:6,8

**handful** 39:9

**handy** 16:15

**hang** 20:22 21:24

**hanging** 38:13

**happened** 30:4 31:22 35:13 38:15 51:25 55:7,10 57:6,24

**happening** 24:23 36:3 48:13 49:7

**happens** 35:3

**hard** 18:9 23:4 43:22 54:7

**harder** 46:1,4

**Hawkinson** 4:22

**head** 40:21

**heading** 33:10

**hear** 33:20 34:8,18 36:3,5,18 48:1,10,19 52:13 56:24 59:16

**heard** 23:22,25 32:22 34:7 35:5 36:24 46:21 52:11,14

**hearing** 36:9

**height** 41:23

**held** 14:22 29:12

**help** 30:23 31:23

**helped** 16:24 18:10

**Hey** 18:23 27:23 29:4 56:8

**Charlie Clemmons**

**high** 14:17 16:8,22

**hisself** 42:6

**history** 10:19 45:13

**holding** 11:23 20:11 22:4,6 41:6 42:15, 19,21 47:4,7,8 49:17

**home** 24:25 29:5 30:21 55:17 58:13

**honorary** 18:1

**hoodie** 24:6

**hour** 4:3 20:25 22:14, 23 23:1 28:12 32:5, 16 55:3,13

**hours** 14:4 30:6

**house** 27:21,25 29:9, 13

**houses** 26:24

**hung** 22:13

**I**

**idea** 29:18 55:25

**identify** 4:19

**imagine** 46:3

**important** 9:12,18,22, 25 10:11,15

**incident** 19:10,19 25:22 27:9,16 30:3 37:9,14 38:24

**included** 8:23

**Including** 40:2

**incorrect** 10:4

**indicated** 60:11

**indicating** 42:22 47:4,19,21,22

**inform** 25:15 55:4

**information** 9:19 10:4

**informed** 26:3

**informing** 25:24

**injured** 55:18,24

**injury** 18:8

**inside** 33:22 34:9 36:2,10 54:23,24

**instructions** 61:12

**instructs** 6:6

**interim** 55:14

**interview** 9:1,4,8 15:4 21:1 28:6 43:24 57:25 58:3,6,15

**interviewers** 9:19 50:3

**interviews** 5:18 6:24 9:12 10:3,12

**investigation** 8:15

**investigations** 9:13

**investigators** 6:25 9:5,20

**invite** 24:14

**involved** 39:3,6 55:23

**Island** 30:11

**J**

**jail** 11:17,25 12:3,6 13:2 17:20 18:19,21 23:16 37:5

**jailer** 10:24 11:15 12:9,22 14:23 17:5 19:3

**jailers** 18:25

**James** 19:21 21:8,12 28:23 29:1 32:24 36:12 37:15 38:11

39:8 40:14 41:18 46:22,23,25 47:9,19, 20 49:6

**job** 10:23 12:10,19 13:16 19:4

**jobs** 14:22

**judge** 6:2

**judo** 16:7,9

**jump** 10:10

**junior** 16:23

**K**

**Keden** 26:7

**keep** 11:25 15:18 18:1

**kept** 36:19

**key** 40:6

**kick** 8:2 44:21 56:22

**kicking** 31:20 44:13, 15 45:4

**kicks** 8:4

**kids** 17:1

**kill** 22:6

**kind** 5:17 7:15 13:1, 17 21:24 22:23 24:11,20 27:20 34:15 36:13,21 37:4, 20 38:9 39:13 41:12 43:18 46:14 47:23 51:6 55:9

**kneeling** 43:3 49:20

**knees** 43:17 46:24 47:2

**knew** 9:12,15,22,25 12:2 23:15 34:18 52:17

**know** 6:24 8:14 11:2 15:17 19:22 21:2 22:1,16,23 23:1,11 24:16 25:9 26:4 29:14,21 30:16,17 32:5 34:3,9,15 36:23 39:7 40:5,21 41:22 43:21 44:16 45:10 49:18 50:19 54:24 55:7,19 57:16

**knowledge** 25:3

**known** 19:6

**knows** 24:17 25:10

**L**

**laid** 43:13 47:13 49:18

**laugh** 59:12

**law** 8:11 9:5 13:7 17:16 28:6 50:4 58:6,11

**lawyer** 58:12

**lawyers** 9:5

**laying** 45:23 46:14,22 47:14,21 48:24

**leading** 19:18

**Leahy** 26:14 46:7 49:11,14,16,20,22 50:20 53:20,22,24 56:3

**leaning** 42:22

**learn** 16:20

**learned** 35:1

**leave** 10:1 21:9 29:23

**leaving** 34:20

**led** 32:17

**left** 29:20 31:20 36:16

39:20,23 40:9 41:8,9
49:15,25 51:13
54:10

**leg** 31:20 45:4 50:21

**legal** 5:21

**legs** 40:18 43:6,9,11,
12,14,16,19,23 44:1,
6,16,17 46:14,20
48:13,24 49:10,21

**let's** 10:19 11:1 26:5
32:13 58:21 60:1

**letter** 60:18

**lifting** 46:22 49:6

**lineup** 20:10,13 28:14
29:2

**Lineups** 28:9

**linger** 50:7

**little** 4:22 5:20 10:19,
22 13:19,23 16:23
17:1 19:10 35:17
36:5 45:19 48:22
50:19 55:19 58:21

**live** 29:7

**lived** 14:19 15:2

**LLP** 4:4

**locked** 40:4,14

**log** 22:4

**long** 10:20 11:15
12:19 18:17 19:6
20:22 22:24,25
29:23 33:23 43:8
46:13 51:6 53:6
54:6,25

**longer** 32:5 46:17
55:3

**look** 7:3 38:2 39:13
45:4 47:9 51:24

**looked** 7:18 37:11
38:10 39:9 43:5 45:5
46:21,23 47:12
49:24 50:18,22 51:1,
12,14,17

**looking** 36:15 40:21,
22 47:23 49:5 52:1

**looks** 48:25

**losing** 25:7

**lost** 37:21 38:11
41:20 56:4,5

**lot** 12:5 18:10 21:4,6
32:15 37:6 38:21
46:17 48:5

**lower** 49:21

**lunch** 22:15,16 27:1

**lunchtime** 22:18

**Ly** 5:3

---

**M**

**mad** 8:1,3

**maintain** 12:2

**making** 36:25 43:19
48:2,3

**manner** 34:21

**Mario** 4:22 19:19
25:22 27:15 30:3
32:2,18 37:10,25
38:10 39:9 40:15,19
41:11 42:7,9,14,15
43:25 44:6 45:8
47:6,10 48:1,6,10
49:6,8 51:8 52:9,14
55:8 56:12,16,19
57:2 59:4

**Mario's** 41:5,9,11
42:13,25 43:4,9 45:4
46:14 47:8,24 48:13,

24 49:10,21

**Mark** 59:11

**martial** 16:6

**mat** 46:10

**matter** 4:13

**Mcgee's** 27:2,3

**Mckinley** 26:11 32:22
33:16 34:19,23 35:4,
7 36:11,16,18 37:18
38:10,13 40:17 41:4,
10,18,25 43:10 46:7
47:20 48:4,7 53:20,
21

**Mckinley's** 7:5,6,18

**mean** 10:5 22:21
27:11 29:5,19 31:8
40:23 46:4 48:19
50:15 53:19 54:2

**means** 6:4 42:18

**medical** 52:10 55:21

**meet** 20:3,8,16,18
21:21 22:17 27:8,15
29:6

**member** 18:1

**memory** 25:23 27:18

**mention** 10:12 22:8

**mentioned** 15:5 21:1
56:1

**messed** 58:13

**met** 22:15 27:2 28:7,
16,25 29:8

**Michael** 4:21

**middle** 36:18

**midmorning** 30:4

**mind** 34:16 48:15

**mine** 16:24 17:23

**minute** 49:25 54:11

**minutes** 20:24 23:1,3
28:11,12 33:24
46:18 48:25 52:12
53:8 54:7 58:22

**money** 12:5 17:24

**Money-wise** 12:4

**months** 12:11 13:11

**morning** 22:21 23:3
25:10 26:2,5 28:4,8,
13,18 29:15

**mornings** 25:12

**move** 12:4 45:9

**moved** 36:15,17
43:23 48:13

**movement** 43:18
45:4

**movies** 15:16

**moving** 37:20 40:21
43:20 44:8,9 46:15
47:12

**Mrak** 26:8

**mumbling** 48:3

---

**N**

**name** 4:16 36:19,20

**Navy** 14:13

**need** 40:6

**negative** 35:4

**Neil** 4:16

**never** 13:7,13 24:12
37:7 57:19

**nine** 12:11 15:13

**Nods** 49:4

**noises** 48:1

Charlie Clemmons

**Nope** 39:4

**normally** 24:24

**notes** 31:22

**notice** 4:2 10:4

**noticed** 4:4 60:11

**notification** 60:17

**number** 4:14

**numbers** 48:9

**numerous** 60:8

**O**

**Oak** 35:20

**Oakland** 4:5

**oath** 5:22

**objections** 6:3

**objects** 6:4

**observe** 44:21

**Obviously** 7:20

**office** 8:9,24 15:5
17:8 57:11,24 58:2

**officer** 7:4,6 13:5,8
17:22 19:6,20 20:1,
17 21:7,8,18,20
22:14 23:8,19 26:11,
14,18 27:8,15 29:25
30:7,22 32:1,8,17
33:8,21 35:11,14
37:24 38:25 40:17
41:4,10,25 42:4,9,24
43:3 46:6 48:4
49:11,20 54:22
55:12 56:2,16,20,22
57:2

**officers** 17:21 18:18
19:23 21:21 28:25
36:4 40:15 44:22
45:14 49:7 51:18

54:23 55:23 56:19

**official** 23:25

**oh** 7:12 12:7 15:12
19:21 22:11 23:18
26:20 43:10 44:4
45:17 46:22 50:5
53:8 58:10

**okay** 5:20,25 6:1,6,17
7:3,20 10:7 11:7
12:9 13:22 15:14
16:11 18:8 23:2 29:8
30:10 31:25 32:17
34:22 35:6 37:10,24
38:7,12 39:15 40:9
41:4 42:8,14,20
43:12 45:12 47:23
50:6,13,22 51:6,10
54:12 55:10,14,18
56:11 60:13

**old** 11:5 14:15

**once** 19:22 20:4 22:4
23:4,5 27:2 42:8
52:21 54:24

**ones** 8:8 58:11

**open** 36:7 39:21,23
40:10 52:7

**opportunity** 6:14
10:14

**orders** 61:4

**ordinary** 32:23 33:1,2

**Originally** 12:15

**other's** 26:24

**Otis** 35:20,21

**outside** 26:25

**overweight** 39:14

**owned** 15:2

**P**

**P.M.** 4:4,11 58:23,25
59:1 60:3,5,6 61:1,3,
14

**page** 44:4 50:5

**page/line** 44:2

**paperwork** 30:25

**park** 21:14 32:2,18
35:18,20

**parked** 35:16,21

**parking** 12:15,16,17,
18 13:15,17 14:4

**part** 15:1 17:20 35:11
41:5 43:4,16 47:6
51:7

**particular** 14:8 16:21

**parties** 60:22

**passed** 57:16

**passenger** 31:2
35:24

**Pat** 4:24

**Patrick** 59:13,16,17
60:9

**patrol** 20:14,17,20
30:8

**patrolling** 22:10

**patrons** 15:21

**Pause** 17:7

**paying** 36:22 54:14

**people** 12:3 15:17,18
18:10,12 29:21

**percent** 24:16

**permission** 24:14

**person** 9:15 33:5

39:1

**phased** 36:21

**phone** 56:4,9

**physical** 15:21 38:25

**physically** 16:2

**pick** 20:2,6

**picked** 27:21,25 29:9,
13

**picking** 28:17

**Plaintiff** 4:22,24

**plaque** 18:1

**please** 4:19 5:5 37:17

**plenty** 22:11

**point** 40:19 43:1,4
49:5 52:9 56:3 57:19
60:14

**pointed** 47:15

**police** 13:4,10 15:23
17:12,21 18:18
20:12 23:23 26:22
28:17 57:12,20

**policy** 23:14,15,20
25:5,6

**population** 11:20

**position** 41:10 45:9,
19 46:14,20 49:16

**positional** 57:20

**positive** 19:12 26:9
27:21 29:10

**possible** 28:16 45:8

**possibly** 7:17,19 26:6

**power** 39:8

**practice** 46:8

**prepare** 6:20

**press** 47:9

**Charlie Clemmons**

**pressing** 42:25

**pretty** 7:5 15:10 21:10 29:10 39:8 46:16 48:14

**private** 17:15

**probably** 15:13 18:7 23:17 52:11 55:12, 13

**problem** 52:10

**proceeding** 5:21

**PROCEEDINGS** 4:9

**produced** 5:7

**prone** 41:2

**provided** 57:10

**pull** 42:23

**pulled** 35:8 38:10,14

**pulling** 42:6,10,12

**pursuant** 4:2

**push** 40:8

**pushing** 43:20,21

**put** 7:10,15 43:14 45:16 47:10 55:11 56:7

---

**Q**

**question** 6:5 34:14 50:5,6,13

**questioning** 8:23 55:15

**questions** 6:4 59:14 60:12

**quick** 47:12

**quite** 44:9 60:10

**Quote** 44:8 51:19

---

**R**

**radio** 34:19

**raising** 17:24

**ran** 14:25 15:1

**ranking** 16:9

**reach** 16:9 60:9

**read** 10:10

**real** 12:4 30:19 47:12

**realize** 39:20

**really** 5:18 9:1 10:5 15:25 16:3 22:1 24:5,22 36:22 37:20 39:19 44:24 48:4,20 54:14 55:6

**reason** 27:22

**recall** 7:17,19 32:7 44:10 49:20 50:1 57:4

**received** 57:19

**recess** 58:25 60:5

**recognize** 37:10

**recollect** 10:6

**record** 4:11,20 42:18 52:25 58:24 59:2,11, 24 60:2,4,7,23 61:2, 3,9

**reference** 44:3

**regular** 13:21 25:4 36:23

**relationship** 26:18

**relax** 48:7

**relieved** 56:2,16

**remember** 24:3 27:22 28:19 31:23,25 32:3, 6,17,21 33:3 36:9,11

37:13 40:14 44:11 48:8,13,18 52:1,2 56:4

**REMEMBERED** 4:2

**Renne** 8:11 9:5 28:6 43:25 50:4 58:6

**reporter** 4:7,17 5:4 6:10 59:22 60:21 61:4,8

**Reporting** 4:18

**representing** 4:18

**request** 33:15

**requested** 61:10

**respond** 42:19

**responding** 60:9,10

**response** 59:15

**responses** 10:1

**restaurants** 26:25

**retired** 12:11 14:13 17:22,25

**review** 6:15 7:14 10:3 60:19

**reviewed** 6:19,22,23 7:2

**revised** 23:17

**Reynolds** 26:7

**ridden** 26:11,14

**ride** 19:20,23 20:4 24:11 25:11

**ride-along** 18:25 23:9 24:1,15,22 25:4 31:13

**ride-alongs** 18:17,20 20:1 23:14,21,24 24:21 26:17 38:21

**riding** 19:14 24:19,25 25:16,20,25 29:25

30:22 41:12

**rifle** 31:4,5 40:2

**right** 5:14 6:8,11,19 8:9,25 9:6,13,16,20, 23 10:1 11:4,13,14 13:11,12 15:6 16:16 17:10 19:7,11 20:14, 15,20 21:13,16,24 25:6 28:8,14 29:9,24 30:1,4 31:6,7,11 33:3,6,8 34:24 35:8, 23,24,25 36:1,17 37:4,7,8 38:1,3,22 39:25 40:3,10,14 41:18 43:17 45:6,23 46:2 47:22 49:3,14 51:8,11,15,22,23 53:4 54:16 56:15 57:14 58:6,21 59:10

**Rita** 12:3

**rode** 25:14,16

**Rodriguez** 17:22

**room** 55:11

**rule** 6:3

**rules** 23:20 25:5,6

**run** 39:18

**running** 40:12 52:16

**rush** 35:10

---

**S**

**sake** 48:22

**Santa** 12:3

**sat** 32:3,15 35:14 54:22 55:12 58:17

**saves** 12:4

**saw** 10:15 32:1 37:15, 19,24 51:10,17,22 57:5 59:4

**Charlie Clemmons**

**saying** 25:8,13 36:18 37:16 42:17

**says** 41:10 49:11 54:11

**scene** 52:21 54:17 57:5,7

**school** 14:17 16:8,22 17:1

**scratch** 17:25

**screen** 7:16

**seat** 31:2

**sec** 59:19

**second** 9:4 32:13 60:2

**security** 14:25

**see** 6:16 11:1 14:7 18:3,16 26:5 27:7 33:17 34:19 36:3,5 38:9,15 40:16 41:4, 15,17,18,24 42:24 43:3 46:19,23 49:2,7 51:24 54:20,24 56:19,22 57:2

**seeing** 7:19 36:9 45:3 49:6,20

**seek** 55:21

**seen** 34:20 38:24 56:9

**self-defense** 16:12

**send** 12:22 60:20

**sense** 36:25 48:3

**sent** 60:18

**separate** 58:5

**separated** 54:16,17

**sergeant** 24:14,17 25:15,19,24 26:2,7, 8,9 53:14 54:8,19

**sergeants** 25:9,11,14 52:21 53:10

**serious** 24:23 30:19, 20

**session** 29:23

**set** 17:23 28:10

**setting** 55:17

**Seventh** 4:5

**sheriff's** 8:8,24 15:4 17:8 57:11 58:2

**SHERWIN** 4:4

**shift** 20:13 21:25 22:20 28:4

**shirt** 24:10

**shop** 20:18,23 21:2, 24 22:13 23:3

**shops** 21:4,6,11

**Shorthand** 4:6

**show** 29:21

**showed** 27:24 49:11

**shut** 52:5

**sic** 27:8 36:21

**side** 35:24 36:13 37:24 40:22 41:8,9

**sign** 23:8

**significant** 45:22 48:15

**single** 18:6 25:15,17

**sir** 10:13 49:9 57:18 58:4,7

**sirens** 48:20

**sit** 22:17 30:20 31:2 32:11 54:25

**sit-down** 9:8

**sitting** 35:5 54:8

**six** 11:24 12:24 13:11 14:25

**size** 37:22 39:11

**Skaggs** 4:6,17

**slacks** 24:10

**slow** 18:23

**small** 12:24

**social** 26:17

**some-** 34:7

**somebody** 16:2 18:23

**something-something** 37:17 48:9

**soon** 43:10 54:18

**sorry** 7:12,25 9:3 27:12 31:18 53:4

**sort** 12:23 16:9 46:7 52:10

**sound** 17:10 28:8 37:22 51:4

**sounds** 24:21

**special** 40:4

**specific** 25:23 48:12, 22

**spent** 29:14

**staff** 18:22

**stand** 43:8

**standing** 36:11 37:25

**start** 7:13 10:25 18:20 22:21

**started** 11:3 14:17 16:22 18:19 19:1,2, 9,15 37:18 51:2

**starts** 28:4,5

**state** 4:7 34:16

**statement** 17:8 57:11,14,17

**statements** 6:23 8:5 9:11 56:1

**station** 13:23 20:13 28:17,21,25 54:18, 19,21

**stay** 29:21 53:7

**stayed** 19:2 52:23

**stepped** 59:18

**stolen** 30:17

**stomach** 40:20,25

**stood** 36:13

**stop** 32:8,13 33:13

**stopping** 48:8

**straddling** 41:11

**street** 4:5 21:14 35:9, 19

**strike** 56:16,20

**strong** 39:8

**struggle** 38:25 50:16

**struggling** 50:23,24 51:7,19,20,21

**stuff** 6:24 56:9,11

**sudden** 37:21 48:8

**supposed** 22:9 24:10,13

**sure** 7:5 23:18 26:6 29:10 32:13 53:22 60:10

**suspicious** 33:5

**swear** 5:5

**sweats** 24:6

**sworn** 5:8 13:7

**Charlie Clemmons**

**T**

**table** 41:22 58:17

**tactics** 46:7

**take** 13:10 16:15 36:7 40:18 43:11 58:21

**taken** 4:13 54:23

**talk** 10:19 28:11 30:15 52:22 53:18 55:23 57:23 58:2,12

**talking** 6:9 32:6 36:11,14 37:16 51:8

**talks** 54:12

**tech** 12:18 13:15 14:5

**technically** 24:9

**technique** 16:13

**techniques** 16:20

**tell** 10:5 15:12 22:5 23:13,19,23 24:6,9, 13 33:25 34:25 47:11 50:1

**telling** 25:19

**ten** 11:16 12:9,20,21 17:11 19:3,10 37:6 53:8

**terminal** 32:15

**terms** 45:3

**testified** 5:9

**testify** 13:25 48:16

**testimony** 5:25 61:1

**Thank** 42:2 53:5 61:8

**thanks** 5:14

**thereof** 4:4

**they'd** 20:14

**thing** 15:18 25:12

26:3 37:13 51:10,17, 22 55:10

**things** 15:17,20,23 36:19

**think** 5:21 15:8 19:9 21:2 22:25 27:2 30:9 32:22,23,24 33:1 35:22 37:11,15 46:13 53:13 57:13 59:8,21

**third** 9:8

**Thomas** 5:3

**thought** 34:16

**threatening** 56:25

**three** 8:7,16,17 14:24 15:3 18:11 30:6 38:7,19 46:18 53:25

**throw** 16:2,4

**Thursday** 14:10

**tickets** 13:17 14:2,3

**till** 11:25 41:18

**time** 6:10 11:20 14:20,23 15:2 18:11, 22 19:7,10,13 20:8 21:24 22:6 24:16 25:15,17 28:3,10 29:14 32:12 34:16 38:22 39:5,22 41:18 43:5 46:16,21 47:14 49:2 51:15 52:19 55:14 56:10,15,18 57:16 58:8,16,23 59:1,3 60:3,6 61:1

**times** 15:22 18:11 22:11 36:25 48:6

**title** 12:17

**today** 5:15

**today's** 60:25

**told** 24:12 28:7 35:4 52:23 53:7,9,17 56:6

**totally** 45:11

**touching** 41:5 47:2,6

**town** 21:2 27:4

**traffic** 35:8 53:14

**train** 16:20 46:6

**training** 12:23 16:5 57:20

**transcript** 6:13,16 43:24 60:19 61:5,11

**treated** 24:20

**tries** 22:2

**trouble** 45:8

**truck** 53:13,14,16,17, 25 54:6,9

**truth** 50:2

**truthful** 9:22

**try** 6:9 48:21

**trying** 8:22 15:18 32:6 41:17 42:22 44:15 45:5,9 47:9 48:5

**tugboats** 14:24

**turned** 49:24

**turns** 29:22

**twice** 19:22

**two** 8:16 9:11 14:6 23:5 30:13 31:6 33:10,13 39:10

**typical** 20:12

**typically** 20:16 28:13

**U**

**Uh-huh** 7:1 8:20

41:21

**underneath** 42:7,9

**understand** 13:10 16:6 17:12 25:8,13 42:18

**understanding** 20:12 28:3 60:15

**understood** 9:18

**unfortunately** 24:23

**union** 17:21

**unquote** 44:9,17 51:3,21

**upstairs** 55:11

**use** 17:19

**usually** 11:23 20:2,3, 8,10,20,21,22 21:13 27:5 28:15 29:20

**V**

**vague** 42:16,17 48:14 54:2

**vandalism** 30:17

**vehicle** 30:17,18 33:22

**vehicles** 13:20

**versus** 4:13

**video** 7:2,3,7,15,20 49:3 61:3

**videographer** 4:10,16 5:4 58:23 59:1,20,24 60:3,6,25

**view** 36:16 41:20

**visit** 21:6

**voluntarily** 58:19

## W

wagon  13:23

wait  29:6 55:5 58:10

waited  35:8

Walgreens  33:15,18, 21

walk  24:25 29:5 41:17

walked  35:15 36:12 39:25 40:10 49:23 50:7 51:11,15,25 56:2 59:5

walking  29:7 41:16 51:2

want  8:3 16:10 18:24 19:1 25:4 28:2 29:12 33:11 34:4,11

wanted  55:4

wasn't  36:22,25 44:15 50:24 51:7,20 54:14

watching  15:17 37:17,18 43:8

way  17:6 24:18 33:13 40:5 43:7 46:23 47:16,20,21 49:23 50:12

we'll  30:16 60:20

we're  32:5 41:2 46:1 54:12 60:10

we've  22:15 23:20 27:1

weapons  57:3

wearing  24:6,10

Wednesday  4:3

week  14:4,6,9 19:19, 22 23:4 57:13

weeks  12:25 23:5

weight  45:16,22

went  20:17,20 21:17 29:19 32:13 33:22 34:17,18,22 37:22 38:7,11,19 41:19 47:12 54:24 55:11 56:11 57:13

weren't  37:20 50:23 51:20

window  36:7 52:7

wish  12:7

witness  5:1,5,7,10 7:12,25 8:2 27:11 29:18 31:18 42:1,20 48:17 53:2,4 59:14, 18 60:18

work  14:4,10 17:2 18:5,6,13 26:19,25 27:1

worked  10:20 11:20 14:24 15:13 17:12 18:11 19:3 22:16 37:5

working  11:10 18:2, 22 23:11,15 26:5 45:14

works  22:2

wouldn't  20:11 28:19

wrestled  16:8,23

wrestling  16:18,20, 22,24,25 45:13

wrist  37:16,19

write  6:10,13 13:17 14:2,3 31:21

writing  25:18 60:21

wrong  52:18

## Y

yeah  6:7 7:5 9:2 12:7, 21,24 13:3 14:10,18 15:25 16:7 17:11,17 19:17 21:13 22:7,11, 17,22 23:15,18 24:1, 2 25:2 28:1,2,9,15, 22 29:10,18,20 30:2 31:7,12 32:20 33:4 39:14 40:1,20,24 42:21 43:15 44:4 46:3 47:25 48:17 49:14 51:12 53:2 54:10 56:6 57:8,12 58:11 60:1,16,24

year  11:6 18:7 19:18

years  10:22 11:2,12, 16 12:9,20,21 14:24, 25 15:1,3 16:7 17:2, 10,11 18:4 19:4,11 37:6

yelling  52:11,13,14 54:13

Yep  38:6

## Z

Zoom  61:10