# EXHIBIT 6



## Bennet Omalu
### PATHOLOGY

**Phone: 209-636-2822**
**Fax: 866-402-6875**
**bennetomalu@bennetomalu.com**

**Autopsy and Anatomic Pathology**
**Clinical Pathology and Toxicology**
**Forensic Pathology**

**Neuropathology**
**Epidemiology**
**Medico-Legal Consultations**

# SECOND AUTOPSY REPORT

NAME: MARIO ALBERTO GONZALEZ-ARENALES          AUTOPSY NO.: BOP21-010

DATE OF BIRTH: July 6, 1994          AGE: 26 years old

SEX: Male          RACE: Hispanic

DATE OF DEATH: April 19, 2021          CONFIRMED DEAD: 11:45 A.M.

PLACE OF DEATH:    Alameda Hospital
2070 Clinton Avenue
Alameda, CA 94501

The full second autopsy prosection is performed on April 27, 2021 beginning at approximately 03:40 P.M. and ending at approximately 05:22 P.M.

Bennet I. Omalu, MD, MBA, MPH, CPE, DABP-AP,CP,FP,NP
Forensic Pathologist/Neuropathologist, Prosector

Alexandra Vitorino and Karrisa Durham, Autopsy Assistants

SECOND AUTOPSY REPORT

MARIO ALBERTO GONZALEZ-ARENALES                    CASE NO.:  BOP21-010

Page 2 of 27

<u>FINAL PATHOLOGICAL DIAGNOSES</u>

I.   RESTRAINT ASPHYXIATION
   a. Status, post mechanical-positional asphyxiation, terminal, pre-mortem history
   b. Blunt force trauma of the head, face, trunk, and extremities
        i.   Abrasion of the right cheek
       ii.   Abrasion of the left infraorbital cheek
      iii.   Contusion of the right postero-lateral trunk
       iv.   Abrasions of the caudal abdomen, multiple
        v.   Abrasions of the left postero-lateral trunk [x2]
       vi.   Abrasions of the right medial distal forearm
      vii.   Abrasion of the right anterior forearm
     viii.   Abrasion of the right dorsal distal forearm
       ix.   Abrasions of the right medial proximal forearm, scabbing
        x.   Abrasion of the right dorsal wrist
       xi.   Abrasions of the right anterior wrist.
      xii.   Abrasions of the right anterior leg, multiple
     xiii.   Patchy soft tissue hemorrhages, deep soft tissues of the bilateral thoracic back
   c. Pulmonary edema and congestion, acute, severe
   d. Congestive brain swelling, global, with diffuse cerebral parenchymal edema, acute
   e. Selective neuronal excitotoxic injury, with selective topographic vulnerability

II.  OBESITY, W.H.O. CLASS III
   a. Estimated body weight:  275 pounds
   b. Body height: 65.5 inches
   c. Estimated body mass index: 45.8 kg/m$^2$
   d. Steatohepatitis, Score 6/8, Stage 2 [1,2]
        i.   Hepatomegaly, 3942 grams, with diffuse fatty metamorphosis

[1] Gill RM, Kakar S. Nonalcoholic Steatohepatitis: Diagnostic Challenges. Surg Pathol Clin. 2013 Jun;6(2):227-57.
[2] Kleiner DE et al. Nonalcoholic Steatohepatitis Clinical Research Network. Design and validation of a histological scoring system for nonalcoholic fatty liver disease. Hepatology. 2005 Jun;41(6):1313-21.



SECOND AUTOPSY REPORT

MARIO ALBERTO GONZALEZ-ARENALES                    CASE NO.:  BOP21-010

      ii.  Panlobular hepatocellular steatosis, mixed micro- and macro-vesicular, score 3

     iii.  Hepatocellular balloon degeneration, score 2

     iv.  Portal/ lobular inflammation, none – minimal, score 1

      v.  Fibrous expansion of hepatic portal tracts, stage 2

     vi.  Multifocal and sparse hepatocellular Mallory Hyaline bodies

  e.  Increased myocardial interstitial extracellular matrix, mild, focal, without confluent myofibrillary replacement

III.  POST-MORTEM TOXICOLOGY[3]
  a.  Femoral blood d-Methamphetamine level:  0.47 mg/L
  b.  Femoral blood d-Amphetamine level:  0.08 mg/L
  c.  Femoral blood Naloxone level:  0.024 mg/L
  d.  Femoral blood Ethyl Alcohol level:  Negative
  e.  Femoral blood Cannabinoids level:  Negative
  f.  Femoral blood Synthetic Cannabinoids[4] level:  Negative
  g.  Femoral blood Acetone level:  Negative
  h.  Femoral blood Ketamine level:  Negative
  i.  Femoral blood Bath salts[5] level:  Negative

IV.  PRIOR AUTOPSY, ALAMEDA COUNTY CORONER'S BUREAU, 2021-02197, APRIL 21, 2021
  a.  Forensic Pathologist:
      i.  Vivian S .Synder, D.O., Chief Forensic Pathologist
  b.  Cause of Death:
      i.  Toxic Effects of Methamphetamine
  c.  Other Significant Contributory Factors:
      i.  Physiologic Stress of Altercation and Restraint
      ii.  Morbid Obesity
      iii.  Alcoholism
  d.  Major Autopsy Findings:
      i.  Toxic Effects of Methamphetamine
          1.  History of Methamphetamine abuse

---

[3] Second autopsy
[4] Spice
[5] Cathinone, Methcathinone, Methylone, Mephedrone, MDPV, and alpha-PVP


Bennet Omalu
PATHOLOGY

SECOND AUTOPSY REPORT

MARIO ALBERTO GONZALEZ-ARENALES                    CASE NO.:  BOP21-010

Page 4 of 27

       2.   Toxicology testing detected Methamphetamine and Amphetamine; see toxicology report
- ii.  Physiologic Stress of Altercation and Restraint
  1. History of per-terminal physical altercation and restraint, handcuffed in prone position, with pressure being applied to posterior torso and legs
- iii.  Morbid Obesity
  1. Body mass index:  47.25
  2. Cardiomegaly [450 grams] with mild four-chamber dilation
- iv.  Alcoholism
  1. History of alcoholism
  2. Marked hepatomegaly [3920 grams] with severe steatosis
  3. Toxicology testing detected Ethanol [see toxicology report]
- v.  Status-Post Attempted Resuscitation:
  1. Multiple rib fractures
  2. Liver laceration
     a. Hemoperitoneum [200 mL]
- e.  Minor Superficial Blunt Trauma:
  - i.  Cutaneous abrasions and contusions
  - ii.  No lethal injuries
- f.  Toxicology Report, Ascertain Forensics at Redwood Toxicology Laboratory
  - i.  Vitreous humor:

    |   |   |   |
    |---|---|---|
    | 1. | Sodium | 140 mEq/L |
    | 2. | Potassium | >9.0 mEq/L |
    | 3. | Chloride | 120 mEq/L |
    | 4. | Glucose | <20 mg/dL |
    | 5. | Urea Nitrogen | 22 mg/dL |
    | 6. | Creatinine | 0.9 mg/dL |

  - ii.  Femoral blood:

    |   |   |   |
    |---|---|---|
    | 1. | Methamphetamine | 907 ng/mL  [0.907 mg/L] |
    | 2. | Amphetamine/ MDA | 134 ng/mL  [0.134 mg/L] |
    | 3. | Naloxone | 50 ng/mL |
    | 4. | Ethanol | <0.02 grams% |
    | 5. | Acetone | Negative |
    | 6. | Isopropanol | Negative |
    | 7. | Methanol | Negative |



SECOND AUTOPSY REPORT

MARIO ALBERTO GONZALEZ-ARENALES                                                          CASE NO.:  BOP21-010

Page 5 of 27

<u>OPINION:</u>

MARIO ALBERTO GONZALEZ-ARENALES, a 26 year old Hispanic male, died as a result of Restraint Asphyxiation.

Toxicologic analysis of Mr. Gonzalez-Arenales' femoral blood sample obtained during the first autopsy revealed the presence of Methamphetamine [0.907 mg/L] and Amphetamine [0.134 mg/L]. This means that Mr. Gonzalez-Arenales had consumed Methamphetamine within hours of his death. Every human being who consumes Methamphetamine, even on habitual basis, does not die from Methamphetamine overdose. Majority of human beings who consume Methamphetamine as a recreational drug do not die from Methamphetamine. For example, statistical estimates indicate that about 13 million people, 12 years and older, in the United States have reported using Methamphetamine. Only about 100 thousand people [0.77%] visit the emergency department for Methamphetamine toxicity annually, and only about 3 thousand people [0.02%] die from Methamphetamine toxicity annually[6]. If not for his asphyxial brain injury, Mr. Gonzalez-Arenales, more likely than not, would not have died and was not expected to die on April 19, 2021.

Methamphetamine was not the underlying cause of death of Mr. Gonzalez-Arenales. The presence of a drug in the blood of a deceased person does not equate to causation of death. The toxic effects of a drug cannot be only or fully deciphered solely based on the level of the drug in the blood. This is outside the generally accepted guidelines and standards of practice of clinical pathology and interpretative toxicologic analysis for the determination of cause of death[7]. The toxic effects of a drug are multifactorial and are determined by many independent and sometimes mutually exclusive factors. However, the level of Amphetamine in Mr. Gonzalez-Arenales' blood was stated to be 0.134 mg/L which was lower than the expected toxic levels of >0.20 mg/L[8,9]. The level of Methamphetamine in the blood of Mr. Gonzalez-Arenales was stated to be 0.907 mg/L, which was higher than the expected toxic level of

---

[6] https://drugabuse.com/library/methamphetamine-history-and-statistics/#how-dangerous-is-methamphetamine-

[7] Ferner RE. Post-mortem clinical pharmacology. British Journal of Clinical Pharmacology, 2008;66(4):430-443.

[8] Schulz M et al. Therapeutic and toxic blood concentrations of nearly 1000 drugs and other xenobiotics. Critical Care, 2012;16:R136.

[9] Regenthal R et al. Drug levels: therapeutic and toxic serum/plasma concentrations of common drugs. Journal of Clinical Monitoring and Computing, 1999, 15:529-544.



SECOND AUTOPSY REPORT

MARIO ALBERTO GONZALEZ-ARENALES                    CASE NO.:  BOP21-010

Page 6 of 27

Methamphetamine which is 0.15 mg/L[10,11]. This is why a determination of the cause of death of any individual should not be based on only the level of a drug in the blood.

Chronic use of Methamphetamine results in psychologic dependence and tolerance, therefore, the effects of Methamphetamine may be modulated by the drug use history of each individual. Chronic use and exposure result in chronic drug tolerance and resistance, and accumulation of the drug in the tissue, extravascular compartment. Mr. Gonzalez-Arenales was a chronic drug user, and people who use Methamphetamine chronically develop drug tolerance and habituation and as time passes would use and need higher levels of drugs to achieve the same effects. Therefore, the levels of Methamphetamine and Amphetamine as documented may be expected because he was a chronic user of Methamphetamine.

Moreover, high cumulative tissue levels of drugs migrate/diffuse into the blood in peri-mortem shock states and post-mortem, especially in chronic consumers of the drugs, and create artifactually and markedly elevated levels of drugs in the blood. Methamphetamine exhibits a tissue redistribution of 0.9 – 2.4 heart/femoral ratios. Amphetamine exhibits a tissue redistribution of 1.2 – 5.6 central/peripheral ratios[12]. This means that the levels of Methamphetamine and Amphetamine reported in the blood sample may be much higher than the pre-mortem, pre-shock, and peri-mortem levels prior to his death. These ratios may be higher in chronic users who have accumulated the drug in their tissues over time.

Therefore, levels of 0.907 mg/L of Methamphetamine and 0.134 mg/L of Amphetamine may not be of such a significant forensic consequence as it would have been for an individual who has never used Methamphetamine or who has not attained the level of drug tolerance Mr. Gonzalez-Arenales had attained as a chronic recreational user. This is exemplified by some cases reported on page 1320 of the textbook: "Disposition of Toxic Drugs and Chemicals in Man", eleventh edition, by Randall C. Baselt, PhD. This page states that "Two women found by police asleep in a car had blood Methamphetamine concentrations of 1.7 mg/L and 2.1 mg/L, as well as substantial levels of Diazepam. The same book on the same page gives two additional examples as follows: [1] Methamphetamine blood concentrations of 1.4 – 13 mg/L [average 5.1 mg/L] were found post-mortem in nine drug abusers who died of

---

[10] Schulz M et al. Therapeutic and toxic blood concentrations of nearly 1000 drugs and other xenobiotics. Critical Care, 2012;16:R136.

[11] Regenthal R et al. Drug levels: therapeutic and toxic serum/plasma concentrations of common drugs. Journal of Clinical Monitoring and Computing, 1999, 15:529-544.

[12] Baselt RC, Disposition of Toxic Drugs and Chemicals in Man, 11th edition, Biomedical Publications, Seal Beach, California, 2017.


Bennet Omalu
PATHOLOGY

SECOND AUTOPSY REPORT

MARIO ALBERTO GONZALEZ-ARENALES                    CASE NO.:  BOP21-010

Page 7 of 27

traumatic injury by violent means; [2] Blood Methamphetamine concentrations of <0.05 – 2.6 mg/L were observed in 27 persons arrested for erratic driving.”

The toxic levels and effects of drugs that physicians use and apply to case management and analysis are typically related to therapeutic drug levels and toxicities. However, the National Highway Traffic Safety Administration reports a non-toxic range of 0.01 to 2.5 mg/L[13] in individuals who use Methamphetamine for recreational purposes. This further confirms that the level of Methamphetamine detected in the blood of Mr. Gonzalez-Arenales was of no significant forensic consequence, was not expected to kill him and did not kill him. He used Methamphetamine recreationally and chronically.

For every disease or factor [trauma], there are extenuating and aggravating factors, which can either decrease or increase the risk of suffering from or dying from a disease or factor [trauma]. A contemporaneous or co-morbid disease or factor [trauma] that increases the risk of a second disease or factor [trauma] does not denote causation, rather it denotes co-morbidity. Disease or event “A” that is co-morbid with disease or event “B” does not mean disease “A” causes disease “B” and vice versa.

The lethality of the asphyxial brain injury in this case far exceeds and supersedes, the lethality of Methamphetamine toxicity, and asphyxial brain injury will assume the underlying cause of death. The manner of death would be a homicide. Asphyxial brain injury was a novel factor, which breached and interrupted the pre-existing chain of events of Methamphetamine Intoxication and/ or Morbid Obesity. The levels of Ethyl Alcohol detected in the blood of Mr. Gonzalez-Arenales [<0.02 grams%] were extremely low and possessed no significant forensic consequence and did not contribute to his death. Asphyxial Brain Injury initiated an independent and mutually exclusive novel chain of events which superseded that of other co-morbidities and precipitated traumatic death.

---

[13] National Highway Traffic Safety Administration. Drugs and Human Performance Fact Sheets. U.S. Department of Transportation- Methamphetamine [and Amphetamine] www.nhtsa.dot.gov



SECOND AUTOPSY REPORT

MARIO ALBERTO GONZALEZ-ARENALES                    CASE NO.:  BOP21-010

Page 8 of 27

Bennet I. Omalu, MD, MBA, MPH, CPE, DABP-AP,CP,FP,NP
Forensic Pathologist/Neuropathologist
President and Medical Director, Bennet Omalu Pathology
01/15/22

SECOND AUTOPSY REPORT

MARIO ALBERTO GONZALEZ-ARENALES                    CASE NO.:  BOP21-010

Page 9 of 27

<u>EXTERNAL EXAMINATION</u>

The body is received in a black body bag.

There is a green identifying nametag attached to the front of the black body bag, in part inscribed with "Gonzalez, Mario 2021-02197".

The body is removed from the body bag and is identified by the following:

1.  There is an identifying morgue nametag attached to the right big toe, in part inscribed with "GONZALEZ-ARENALES, MARIO."

2.  There is a blue identifying hospital nametag around the right ankle, in part inscribed with "Gonzalez-Arenales, Mario Alberto."

The body is that of a well-developed, morbidly obese Hispanic male weighing estimated to weigh approximately 275 pounds, measuring approximately 65.5 inches, and appearing to be consistent with the stated age of 26 years old.

The body is unclad, unembalmed and reveals no evidence of decomposition.

No article of jewelry or adornment is found on the body at autopsy.



SECOND AUTOPSY REPORT

MARIO ALBERTO GONZALEZ-ARENALES                    CASE NO.:  BOP21-010

Page 10 of 27

The body had been refrigerated and the temperature of the body is cold to the touch. Rigor mortis is lysed in all joints. Purple, marked, fixed, livor mortis is noted over the dorsal surfaces of the body except in areas exposed to pressure where it is absent.

The body reveals the following other identifying features:

1.   There is a 4 x 2.5 cm tan nevus on the left lateral chest.

2.   There are blue-black and multicolored tattoos on the left anterior chest, the left lateral arm, the left medial arm, the right scapular back, the right and left distal anterior thighs, the right medial ankle and distal leg, which are photographed and documented.

3.   There are multiple striae albicantes on the bilateral abdomen, chest and back.

4.   There are multiple randomly situated irregular scars on the bilateral trunk, upper and lower extremities measuring from 0.5 x 0.4 cm to 3 x 2.7 cm.

5.   There is a 1.1 x 1 cm oval scar on the right lateral proximal forearm.

6.   There is a 3 x 2 cm irregular scar on the left anterior leg.

7.   There is another 1.9 x 1 cm irregular scar on the left anterior leg.



SECOND AUTOPSY REPORT

MARIO ALBERTO GONZALEZ-ARENALES                        CASE NO.:  BOP21-010

Page 11 of 27

The body reveals the following evidence of a prior autopsy:

1.  There is a stitched transverse bi-mastoidal autopsy incision across the bilateral dorsal scalp.

2.  There is a stitched "Y" shaped autopsy incision extending from each lateral anterior shoulder across each chest to meet at the midline in the mid-chest and extending downwards in a mid-sagittal longitudinal fashion across the abdomen to the suprapubic abdomen.

3.  There is a stitched longitudinal mid-sagittal autopsy incision extending from the occipital scalp across the neck to the mid-sagittal lumbosacral back and extending downwards in a bifurcation to each dorsal buttock.

4.  There is another stitched transverse autopsy incision extending across the bilateral scapular back and rostral thoracic back across the midline cutting across the previously described inverse "Y" shaped incision.

5.  The right and left eyeballs are artifactually collapsed and contain no vitreous humor, which had been previously aspirated.

6.  There is randomly situated sparse blood soiling of the bilateral face, neck, trunk, upper and lower extremities.



SECOND AUTOPSY REPORT

MARIO ALBERTO GONZALEZ-ARENALES                    CASE NO.:  BOP21-010

Page 12 of 27

The body reveals the following evidence of trauma:

I.    BLUNT FORCE TRAUMA OF THE HEAD, FACE, TRUNK AND EXTREMITIES

1.    There is status, post a 0.5 x 0.3 cm red abrasion of the right cheek.

2.    There is status, post a 2.5 cm in length linear superficial abrasion of the left infraorbital cheek.

3.    There is status, post a 2.5 cm in diameter faint red-brown contusion of the right postero-lateral trunk.

4.    There are status, post multiple superficial linear abrasions of the caudal abdomen measuring from 0.3 cm to 0.6 cm in length.

5.    There are status, post two linear abrasions of the left postero-lateral trunk each measuring up to 0.6 cm in length.

6.    There is a 1.9 x 0.1 cm red-pink abrasion of the right medial distal forearm.

7.    There is a 1.1 x 0.1 cm red-pink abrasion of the right medial distal forearm.

8.    There is a 6.5 x 0.2 cm red-pink linear abrasion of the right anterior forearm.

9.    There is a 5.5 x 0.1 cm brown oblique abrasion of the right dorsal distal forearm.

10.   There is a 2.5 x 0.1 cm brown scabbing transverse abrasion of the right medial proximal forearm.

11.   There is a 1.1 x 0.1 cm brown scabbing transverse abrasion of the right medial proximal forearm.



SECOND AUTOPSY REPORT

MARIO ALBERTO GONZALEZ-ARENALES                    CASE NO.:  BOP21-010

12.  There is a 1.1 x 0.1 cm brown oblique abrasion of the right dorsal wrist.

13.  There are 4.5 x 1.5 cm clustered red-pink linear abrasions of the right anterior wrist.

14.  There are 15 x 13 cm red-pink multiple randomly situated linear abrasions of the right anterior leg.

The head and face reveal evidence of a prior autopsy, which has been described above. The scalp hair is black and measures approximately 12 cm in maximal length. The orbits are intact. The conjunctivae are congested and reveal no petechial hemorrhages. The corneae and sclerae are smooth and clear. The pupils are central, equal, and symmetrical and measure 0.4 cm in diameter. The ires are brown. The pinnae and external auditory meati are intact. The skeleton of the nose is intact. There is no foreign material in the nostrils or oral cavity. The maxillary and mandibular gums are not hypertrophied. The maxillary and mandibular teeth are natural and are in a good state of dental repair. The lips, oral mucosa and tongue reveal no evidence of trauma. The frenulae of the lips are intact.

A black moustache and beard are present and measure approximately 3.0 cm in maximal length.



SECOND AUTOPSY REPORT

MARIO ALBERTO GONZALEZ-ARENALES                    CASE NO.:  BOP21-010

Page 14 of 27

The neck is symmetrical and reveals no evidence of trauma. There is no increased mobility of the neck on manipulation.

The shoulders and chest are symmetrical and reveal evidence of trauma and a prior autopsy which have been described above.

The abdomen is bulging and reveals evidence of a prior autopsy, which will be described above.

The back reveals evidence of a prior autopsy, which has been described above.

The penis and scrotum are unremarkable. The testes are palpated within the scrotum and appear unremarkable. The ano-rectum reveals no evidence of trauma and contains no hemorrhage or foreign material.

The extremities are symmetrical and reveal evidence of trauma, which has been described above. The fingernails are short and regular. There are no broken fingernails and there are no foreign materials beneath the fingernails. The toenails are short and regular. There is no pitting ankle or leg edema. The palms and soles are smooth.

At this time, the body is turned prone on the autopsy table. The prior autopsy incisions are opened, and further dissections are made extending the inverse "Y" shaped incision downwards in the posterior lower extremities to the



SECOND AUTOPSY REPORT

MARIO ALBERTO GONZALEZ-ARENALES                    CASE NO.:  BOP21-010

Page 15 of 27

ankle. Patchy soft tissue hemorrhages are noted in the deep soft tissues and muscles of the bilateral thoracic back.

The body is turned over and a cut-down incision is made in each femoral triangle to gain access to the right and left femoral arteries and veins, which are incised, and representative samples of femoral blood are obtained and saved.



SECOND AUTOPSY REPORT

MARIO ALBERTO GONZALEZ-ARENALES                    CASE NO.:  BOP21-010

Page 16 of 27

INTERNAL EXAMINATION

BODY CAVITIES:

The prior "Y" shaped incision is opened.  The abdominal panniculus measures 6.5 cm in thickness, at the level of the umbilicus.  The muscles of the chest and abdominal walls appear normal in color and consistency. There is a previously incised "V" shaped flap of the anterior chest wall extending from each manubriosternal joint to the subcostal margins. It is freely lying and lies on top of a clear large caliber plastic bag which had been sealed and contains previously dissected and prosected tissues and organs admixed with blood. The inverse "V" shaped flap of the anterior chest wall is removed to gain access into the pleural and peritoneal cavities. The pleural and peritoneal cavities had been reduced into one contiguous truncal cavity and the right and left diaphragm had been previously excised. The large caliber clear plastic bag containing previously prosected and dissected tissues and organ admixed with blood is found lying freely in the truncal cavity and it is removed exposing the truncal cavity. The parietal and visceral pleurae are otherwise smooth and glistening. The peritoneum is otherwise smooth and glistening. There are minimal amounts of blood in the contiguous truncal cavity. All the thoracic and abdominal tissues and organs had been previously excised including the neck tissues and organs and the pelvic tissues and organs.



SECOND AUTOPSY REPORT

MARIO ALBERTO GONZALEZ-ARENALES                    CASE NO.:  BOP21-010

Page 17 of 27

There is no recoverable vitreous humor, bile, or urine.

The clear plastic bag is opened, and the previously prosected and dissected tissues are identified individually.

CARDIOVASCULAR SYSTEM:

Remnants of a previously dissected and prosected heart are found. The epicardium appears smooth. The myocardium is red-brown and homogenous. The residual walls of the right ventricle, left ventricle and interventricular septum measure 0.6, 1.6 and 1.6 cm, respectively. There is no grossly discernible subacute myocardial infarction. The trabeculae carneae appear mildly hypertrophied. The residual cut sections of the coronary arteries reveal no significant atherosclerosis.

Previously dissected and prosected remnants of the aorta are found and reveal multifocal atheromatous streaking with no ulceration or calcification. The internal carotid arteries are patent. The common iliac arteries are patent.

RESPIRATORY SYSTEM:

Previously dissected and prosected remnants of the right and left lungs are found and weigh 523 grams and 543 grams, respectively. Previously dissected and prosected remnants of the trachea are found and reveal a congested red-tan mucosa. The lungs are otherwise variegated pink-red to gray-purple.  The lung parenchyma is of spongy consistency and mottled with a



SECOND AUTOPSY REPORT

MARIO ALBERTO GONZALEZ-ARENALES                    CASE NO.:  BOP21-010

Page 18 of 27

small amount of anthracotic pigment. Previously made sections of the lungs, and additional cut sections reveal a variegated red-pink to gray-purple, non-crepitant, parenchyma without consolidations or nodules. The lung parenchyma is severely congested and edematous. No purulent exudate is expressed from the parenchyma on compression.

The previously dissected and prosected remnants of the bronchi are identified and reveal a congested mucosa.

Residual pulmonary arteries and veins are otherwise unremarkable.

There is no peri-hilar lymphadenopathy.

HEPATOBILIARY SYSTEM:

Previously dissected and prosected remnants of the liver are found and weigh 3942 grams in aggregate.  The capsule of Glisson is glistening.  The external surfaces are yellow-tan and glistening. The parenchyma is soft, yellow-tan and shows a lobular tissue architecture with diffuse fatty metamorphosis without tumors or necrosis.

Previously dissected and prosected remnants of the gallbladder are identified and reveal a thin wall and a velvety mucosa.  The intra-hepatic biliary ducts are patent.  The residual hepatic and portal veins and the hepatic artery are patent.


Bennet Omalu
PATHOLOGY

SECOND AUTOPSY REPORT

MARIO ALBERTO GONZALEZ-ARENALES                    CASE NO.:  BOP21-010

HEMOLYMPHATIC SYSTEM:

Previously dissected and prosected remnants of the spleen are found and weigh 89 grams in aggregate. The capsule is otherwise smooth.  The corpuscles of Malpighii are blurred. The parenchyma is congested and homogeneous. There is no peripheral lymphadenopathy. Previously dissected and prosected remnants of an involuted thymus are present and appear unremarkable.

GASTROINTESTINAL SYSTEM:

Previously dissected and prosected remnants of the esophagus are identified and reveal a smooth mucosa without any focal mucosal lesions. Previously dissected and prosected remnants of the stomach are found and reveal rugal folds without peptic or stress ulcerations. There are no recoverable gastric contents. Previously dissected and prosected remnants of the duodenum, jejunum, ileum, and colon are identified and reveal no segmental stenosis or infarction, and no tumor. The retroperitoneum is unremarkable.

ENDOCRINE SYSTEM:

Previously dissected and prosected remnants of the pancreas, adrenal glands and thyroid are not identified.

UROGENITAL SYSTEM:

Previously dissected and prosected remnants of the right and left kidneys are identified and weigh 303 grams in combined aggregate. The capsular



SECOND AUTOPSY REPORT

MARIO ALBERTO GONZALEZ-ARENALES                    CASE NO.:  BOP21-010

Page 20 of 27

surfaces are smooth. The cortices are not sclerotic, are brown-red and homogeneous. The medullary pyramids are intact. The cortico-medullary junctions are well-defined. The renal papillae show no hemorrhage or necrosis. The calyceal and collecting systems are unremarkable.  The residual renal arteries and veins are unremarkable.

Previously dissected and prosected remnants of the bladder are identified and reveal a white mucosa without papillary lesions.

Previously dissected and prosected remnants of the prostate gland, vas deferens and epididymis are not identified.

MUSCULOSKELETAL SYSTEM:

There are no discernible musculoskeletal anomalies. The muscles appear well-developed and of the normal color and consistency.  No hemorrhages are noted in the paravertebral muscles. The spinal column and vertebral bodies reveal no marked gross degenerative changes and no fractures. The sternum, ribs, and spine exhibit a normal bone density. The bone marrow reveals no gross nodules.

Previously dissected and prosected amorphous fibroconnective and fibroadipose tissues are identified.



SECOND AUTOPSY REPORT

MARIO ALBERTO GONZALEZ-ARENALES                    CASE NO.:  BOP21-010

Page 21 of 27

NECK:

Previously dissected and prosected residual soft tissues of the neck and the anterior strap muscles show no discernible gross hemorrhages. The hyoid bone is not identified. Previously dissected and prosected remnants of the thyroid and cricoid cartilages and larynx are identified and reveal no fractures. The mucosa of the larynx is congested and smooth. There are no discernible gross paralaryngeal or paratracheal hemorrhages or masses. The epiglottis and vocal cords are red-pink and intact.

CENTRAL NERVOUS SYSTEM:

The prior stitched bi-mastoidal autopsy incision is opened and the previously dissected and incised scalp is reflected from mastoid process to mastoid process and reveals no subcutaneous or subgaleal hemorrhages. There is an ellipsoid previously incised calvarium lying underneath the scalp. It shows no fractures. It is removed and reveals an intact cranial cavity, which is empty.

Previously dissected and prosected remnants of the dura mater are found in the clear plastic bag and reveal no xanthochromia or membranes, and no adherent hemorrhages.

The pituitary gland had been removed. The sella turcica is empty but intact.



SECOND AUTOPSY REPORT

MARIO ALBERTO GONZALEZ-ARENALES                    CASE NO.:  BOP21-010

Page 22 of 27

There are no fractures of the base of the skull and there are no residual intracranial hemorrhages or exudates.

Previously dissected and prosected remnants of the brain are found in the clear plastic bag and had been cut in irregular coronal and transverse mid-sagittal sections. The remnants of the brain are autolytic and are gathered together and weigh 1250 grams in aggregate. They are fixed in formalin with the dura mater to be examined on a later date.

The dens, atlanto-axial joint, atlanto-occipital joint and cervical intervertebral joints are intact without fractures, subluxation, or soft tissue hemorrhages.

Using an anterior approach, the laminae of the cervical, thoracic, and lumbar vertebrae are incised to gain access to the spinal canal. There are no epidural, subdural or subarachnoid spinal hemorrhages or exudates. The spinal cord is harvested intact and is fixed in formalin to be examined on a later date.

The surfaces of the brain reveal no gross malformations. The arachnoid mater is smooth and glistening and reveals no subarachnoidal hemorrhages or exudates. The pattern of gyral and sulcal convolutions appears within normal limits. There is diffuse expansion of the gyri and compression of sulci. The residual vessels of the Circle of Willis and the Basilar-Vertebral arteries show



SECOND AUTOPSY REPORT

MARIO ALBERTO GONZALEZ-ARENALES                    CASE NO.:  BOP21-010

Page 23 of 27

no atherosclerosis. The residual cranial nerves show no atrophy. Additional sections of the brain are made, and the brain sections reveal an intact neocortical gray ribbon without any gross cortical dysplasia, hemorrhage, or necrosis. The gray-white matter demarcation is distinct. The centrum semiovale and the periventricular white matter reveal central congestion and edema without demyelination, necrosis, or hemorrhage. There is no periventricular leukomalacia. The ventricles are symmetrically compressed and contain no hemorrhage or exudate. The ependymal lining is smooth and glistening. The residual cerebral aqueduct of Sylvius appears patent. The choroid plexuses are congested. The corpus callosum reveals no atrophy, focal necrosis, or hemorrhage. The claustrum, caudate nucleus, putamen, globus pallidus, thalamus and subthalamic nucleus reveal no atrophy, hemorrhage, or necrosis. The internal, external, and extreme capsules are intact and show no necrosis or hemorrhage. The anterior perforated substance shows no atrophy, focal necrosis, or hemorrhage. The amygdala, hippocampus and parahippocampal gyrus reveal no gross dysplasia, hemorrhage, necrosis, or atrophy. The mamillary bodies and hypothalamus reveal no atrophy, hemorrhage or xanthochromia.



SECOND AUTOPSY REPORT

MARIO ALBERTO GONZALEZ-ARENALES                    CASE NO.:  BOP21-010

Page 24 of 27

The residual sections of the brainstem comprise only sections of the pons. Sections of the midbrain and medullary oblongata are not identified. The tegmentum of the pons reveals no focal necrosis or hemorrhage. There are no dorsolateral hemorrhages. The basis pontis shows no central myelinolysis or necrosis, and no hemorrhage. The residual cerebellar hemispheres reveal no folial or vermal atrophy. The cerebellar cortex reveals no dysplasia, hemorrhage, or necrosis. The subcortical cerebellar nuclei show no dysplasia, and no hemorrhage or necrosis. The cerebellar white matter shows congestion and edema without any hemorrhage or necrosis.

The spinal cord shows no segmental atrophy or necrosis. The dorsal and ventral roots and the dorsal root ganglia reveal no atrophy or tumor. The lumbar cistern appears unremarkable. The filum terminale, conus medullaris and cauda equina appear unremarkable. Multiple transverse sections of the spinal medulla at 1-2 cm intervals reveal an intact central spinal canal, anterior and posterior horns of the gray matter, intermediate gray matter, anterior white commissure, substantia gelatinosa and the intermediolateral cell column. The white matter appears unremarkable, including the fasciculi gracilis and cuneatus, anterior and lateral funiculi, which shows no gross degeneration, demyelination, necrosis, or hemorrhage. There is no central gray matter contusional hemorrhage.



SECOND AUTOPSY REPORT

MARIO ALBERTO GONZALEZ-ARENALES                    CASE NO.:  BOP21-010

Page 25 of 27

MICROSCOPIC EXAMINATION

Microscopic examination of submitted tissue histology sections reveals histo-morphologic findings that are consistent with the gross findings and final pathologic diagnoses, which have been stated above. The tissue histology sections have been archived as part of the case records and will be made available upon request.

[Twenty-Seven H/E Stained Histology Slides- Autopsy Tissues]



SECOND AUTOPSY REPORT

MARIO ALBERTO GONZALEZ-ARENALES                    CASE NO.:  BOP21-010

Page 26 of 27

FORENSIC PHOTOGRAPHY

Digital gross images of the body and autopsy prosection were taken by Dr. Omalu and the autopsy assistants and will be saved in digital format as part of the digital case file. The images will be made available upon request according to the governing statutes and standard operating procedures.



SECOND AUTOPSY REPORT

MARIO ALBERTO GONZALEZ-ARENALES                    CASE NO.:  BOP21-010

Page 27 of 27

SAMPLES OBTAINED

1.    Vitreous humor: one red-top tube, approximately 1 cc

2.    Femoral blood:

    a.  Two gray-top tubes, each approximately 6 cc

    b.  One purple-top tube, approximately 4 cc

3.    Blood spots on a DNA card

4.    Archival stock tissue sections, fixed in formalin

5.    Histology tissue sections, fixed in formalin

6.    Brain with dura mater, fixed in formalin





## CENTRAL VALLEY TOXICOLOGY, INC.

**TOXICOLOGY NUMBER:** CVT-21-4376

**Case Name:**
Gonzalez,           Mario

**Specimen Description:** 10 ml femoral blood (2 gray top vials) each labeled "Gonzalez, Mario; BOP21-010; 4/27/21"

**Delivered by** GLS          **Date** 05-May-21    **Received by** Juan Mendoza    **Date** 05-May-21

**Request:** Complete Drug Screen & THC          **Agency Case #** BOP21-010

**Requesting Agency**
Bennet Omalu Pathology
3031 W. March Lane, #323
Stockton  CA 95219

**Report To**
Bennet Omalu Pathology
3031 W. March Lane, #323
Stockton  CA 95219

Specimen: Femoral Blood Sample            **RESULTS**

Complete Drug Screen: Methamphetamine and Naloxone detected. No Fentanyl Analogues detected. Specific drug assay for Bath Salts, Ketamine, Synthetic Cannabinoids and THC performed. No other common acidic, neutral or basic drugs detected. No Ethyl Alcohol or Acetone detected.

"Bath Salts" by LCMS-TOF = Negative
(Cathinone, Methcathinone, Methylone, Mephedrone, MDPV, and alpha-PVP)

Ketamine by LCMS-TOF = Negative

Synthetic Cannabinoids ("Spice") by LCMS-TOF = Negative

Cannabinoids (THC metabolite) by Immunoassay = Negative

d-Methamphetamine = 0.47  mg/L
d-Amphetamine    = 0.08  mg/L

Naloxone        = 0.024 mg/L

_Eduardo Espiritu, PhD_            May 24, 2021

**B.L. POSEY**
**S.N. KIMBLE**
*Directors*

1580 Tollhouse Road
Clovis, California 93611
Phone (559) 323-9940
Fax (559) 323-7502