MICHAEL J. HADDAD (SBN 189114)
JULIA SHERWIN (SBN 189268)
TERESA ALLEN (SBN 264865)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, CA 94612
Telephone:   (510) 452-5500
Facsimile:    (510) 452-5510

Attorneys for Plaintiffs
MARIO GONZALEZ, Deceased, and M.G.C.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO GONZALEZ, Deceased, through his Successor in Interest, M.G.C., a minor through his mother and Next Friend Andrea Cortez, individually and as successor in interest for MARIO GONZALEZ, Deceased,<br><br>Plaintiffs,<br>vs.<br><br>CITY OF ALAMEDA, a public entity; ALAMEDA POLICE OFFICERS ERIC MCKINLEY, JAMES FISHER, and CAMERON LEAHY, and DOES 1-10, Jointly and Severally,<br><br>Defendants. | Case No. 4:21-cv-09733-DMR<br><br>**AMENDED (PROPOSED) ORDER GRANTING PLAINTIFFS' MOTION TO APPROVE MINOR'S COMPROMISE**<br><br>Date:  January 25, 2024<br>Time: 1:00 p.m.<br>**Courtroom: 4**<br>**Honorable Donna M. Ryu** |

1. This matter having come before the Honorable Donna M. Ryu, and the Court having considered the parties' submissions, Plaintiffs' Motion to Approve Minor's Compromise is hereby GRANTED. The Court finds the settlement terms as set forth in the motion are in the Plaintiff's best interest. Defendants have filed a non-opposition to Plaintiffs' Motion to Approve Minor's Compromise. The parties have reached an agreement on the timing of the settlement payments. Pursuant to the parties' agreement: (a) Defendants shall pay $6,000,000 in a check as set forth in ¶ 7 below, to be overnighted to Plaintiffs' counsel on or before January 31, 2024, and (b) Defendants shall fund the structured settlement annuities set forth herein no later than February 23, 2024.

2. The Court approves the settlement in the total present value amount of $11,000,000, as follows:

- Attorneys' fee in the amount of $3,666,666.66 to Plaintiffs' counsel, Haddad & Sherwin LLP;

- Repayment to Plaintiffs' counsel of costs advanced in the amount of $240,669.01 from the remainder (further invoices for costs advanced to date shall be reimbursed as they occur);

- $2,092,664.33 shall be paid in cash to be managed by a Trustee and shall be put into a Trust for Plaintiff M.G.C., with a professional fiduciary jointly selected by Plaintiffs' counsel, Julia Sherwin, and by Plaintiff M.G.C.'s mother, Andrea Cortez. The funds in the Trust will be used: 1) to purchase, furnish and maintain a home for Plaintiff M.G.C.'s benefit, to be owned by his Trust and managed by a Trustee who is a professional fiduciary; 2) invested in conservative investments; and 3) to provide for M.G.C.'s health, education, maintenance, support, comfort, and welfare, in his best interests as determined by the Trustee;

- From the $2,092,664.33 in cash, Haddad & Sherwin LLP will be reimbursed $7,117.50 for the January 8, 2024, invoice from estate planning law firm Roisman Henel + Adams LLP, for the creation of the minor's trust, as that invoice was received by Haddad & Sherwin LLP after the filing of Plaintiffs' motion;

- A structured settlement annuity with a present value of $5,000,000. These payments are to be made on account of personal injury or sickness pursuant to Section 104(a)(2) of the Internal Revenue Code of 1986 (as amended), and accordingly are tax-exempt. The annuity will provide a combination of

annual and periodic payments to M.G.C., summarized as follows (with payments prior to age 18 paid to Andrea Cortez Piceno, as mother and Next Friend of M.G.C., and then paid to M.G.C. upon his reaching age 18):

- $3,000 per month tax-free as child support for M.G.C., to be paid to Andrea Cortez Piceno, beginning on April 1, 2024, guaranteed for 10 years and 3 months (until M.G.C. reaches the age of 18, with the final payment on June 1, 2034), increasing by 2% annually, with the increases beginning on April 1, 2025;

- $10,455.27 paid monthly for life beginning on M.G.C.'s 18th birthday (June 22, 2034), guaranteed for 40 years.  Payments will increase 2% annually.  Payments will continue monthly for the rest of his life, and if he dies prematurely the guaranteed payments will continue to his beneficiary through May 22, 2074;

- $37,500.00 twice a year ($75,000.00 per year) beginning the summer after he reaches the age of 18 (July 15, 2034), guaranteed for four years;

- $60,000.00 twice a year ($120,000.00 per year) beginning the summer after he graduates from college (July 15, 2038), guaranteed for four years;

- $25,000.00 paid annually for four years beginning on his 18th birthday (June 22, 2034);

- $50,000.00 paid annually for four years beginning on his 22nd birthday (June 22, 2038);

- $120,000.00 paid annually for life, beginning on his 26th birthday (June 22, 2042), guaranteed for 30 years. Payments will increase 2% annually.  Payments will continue annually for the rest of his life, and if he dies prematurely the guaranteed payments will continue to his beneficiary until June 22, 2071.

3. The payments outlined above represent the total amount to be paid to or on behalf of M.G.C., but each payment will be divided and paid by three annuity companies, the specific division of which is outlined in further detail in Exhibit A to the Declaration of Julia Sherwin filed with Plaintiffs' Motion to Approve Minor's Compromise. This structured settlement payment obligation will be assigned and funded by annuity contracts, and those details are also outlined in Sherwin Declaration Exhibit A.

4. The total tax-free guaranteed benefits paid are $13,931,558.92.  The total tax-free expected payments for life are $24,440,160.37.

5.  Plaintiffs' counsel will stay involved in the Trust and advise the trustee as needed on a *pro bono* (without attorneys' fees) basis, to ensure all funds are used for M.G.C.'s benefit and in his best interests.

6.  Pursuant to agreement of the parties, all parties shall complete and execute all necessary documents, including all releases and Qualified Assignment Agreements for Defendants to fund the structured settlement annuities promptly and with the completion of funding no later than February 23, 2024.

7.  Pursuant to agreement of the parties, Defendants shall provide to Plaintiffs' counsel a check or wire transfer in the amount of $6,000,000.00 in settlement proceeds that are not being structured, made payable to "Haddad & Sherwin LLP Client Trust Account f/b/o M.G.C. [using his real name]" with any check to arrive at the offices of Haddad & Sherwin LLP, or any wire transfer to arrive in their Client Trust Account, no later than January 31, 2024.

IT IS SO ORDERED.

_____
HONORABLE DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE