MICHAEL J. HADDAD (SBN 189114)
JULIA SHERWIN (SBN 189268)
TERESA ALLEN (SBN 264865)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, California 94612
Telephone: (510) 452-5500
Facsimile: (510) 452-5510

Attorneys for Plaintiffs
MARIO GONZALEZ, Deceased, and M.G.C.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO GONZALEZ, Deceased, through his Successor in Interest, M.G.C., a minor through his mother and Next Friend Andrea Cortez, individually and as successor in interest for MARIO GONZALEZ, Deceased,<br><br>          Plaintiffs,<br><br>vs.<br><br>CITY OF ALAMEDA, a public entity; FORMER CITY OF ALAMEDA INTERIM POLICE CHIEF RANDY FENN, in his individual and official capacities; ALAMEDA POLICE OFFICERS ERIC MCKINLEY, JAMES FISHER, and CAMERON LEAHY, and DOES 1-10, Jointly and Severally,<br><br>          Defendants. | **Case No. 4:21-cv-09733-DMR**<br><br>**STIPULATION AND ~~(PROPOSED)~~ ORDER OF DISMISSAL** |

All parties, by and through their undersigned counsel of record, hereby stipulate to dismiss this entire action and all claims between the parties with prejudice, and with all parties to bear their own attorneys' fees and costs.

DATED:  January 30, 2024                    HADDAD & SHERWIN LLP


                                            /s/ Julia Sherwin
                                            JULIA SHERWIN
                                            Attorneys for Plaintiffs


DATED:  January 30, 2024                    BERTRAND FOX ELLIOTT OSMAN + WENZEL


                                            /s/ Gregory M. Fox
                                            GREGORY M. FOX
                                            Attorneys for Defendants

Case No.  4:21-cv-09733-DMR: STIPULATION AND (PROPOSED) ORDER OF DISMISSAL

**ORDER**

Based on the parties' stipulation, and good cause appearing, this action and all claims between the parties are dismissed, with all parties to bear their own attorneys' fees and costs.

IT SO ORDERED.

DATED: 1/31/2024

_____

DONNA M. RYU

CHIEF MAGISTRATE JUDGE

Case No.  4:21-cv-09733-DMR: STIPULATION AND (PROPOSED) ORDER OF DISMISSAL